UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    MISDEMEANOR
                                       INFORMATION
          -v.-                    :
                                       10 Cr.
GARY BRUSTEIN,                    :

               Defendant.              **10 CRIM 901**

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

On or about March 24, 2010, in the Eastern District of New York, GARY BRUSTEIN, the defendant, unlawfully, intentionally and knowingly did possess a controlled substance, which was not obtained directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the course of his professional practice, or as otherwise authorized by law, to wit, ARONSON possessed a quantity of pills containing mixtures and substances containing a detectable amount of methaqualone.

(Title 21, United States Code, Section 844(a).)

_/s/ Preet Bharara_
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 OCT 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GARY BRUSTEIN,

                            Defendant.

MISDEMEANOR INFORMATION

10 Cr.

(21 U.S.C. § 844(a))

                       PREET BHARARA
           United States Attorney.

---

10-1-10

Deft. pres. with attorney _Mr. Zelin_
AUSA _Ms. Burns_ Court Reporter _Not present_
Interpreter pres/(not) pres. Deft. withdraws plea of not guilty & enters a plea of guilty to count(s) _the 1_ .PSI Ordered. Sentence _set for 1-5-10_
Bail _Cont._
Mag. Judge _[signature]_ recommends Judge _[signature]_ accept the guilty plea.

Pitman
U.S.M.J