



randy scott zelin, p.c.
675 old country road
westbury, new york 11590
516.997.6900
f: 516.997.3278
rsz@rszpc.com
www.randyzelin.com

of counsel: pryor & mandelup, llp

October 7, 2010

By Fax {Individual Practices ¶1(C)}
The Honorable Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**DOC #** _____

*Application Granted*

**SO ORDERED**

_/s/ Henry Pitman_
**HENRY PITMAN**
**UNITED STATES MAGISTRATE JUDGE**
10-8-10

Re:   United States v. Brustein
      Criminal Docket no.: ~~10-MAJ-658~~ 10 CR 901

Dear Judge Pitman:

I represent Gary Brustein. My client entered a plea of guilty to simple possession of a controlled substance as a misdemeanor this Friday past. By this letter, and with the government having no objection and his pre trial officer, Arthur Bobyak consenting, I am respectfully requesting that my client be permitted to travel to Ft. Lauderdale, Florida, from October 21, 2010 through October 24, 2010.

The reason for this request is that my client, his wife and friends are attending a wedding. My client would also like to see his mother and mother-in-law.

Thank you for your kind attention.

Respectfully submitted,

RANDY SCOTT ZELIN, P.C.

By: _/s/ Randy Zelin_
RANDY ZELIN

RZ:nb

cc:   Jennifer Burns, Esq. for the government (by email)
      Arthur Bobyak, Pre Trial Officer (by fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-10
```