11/02/2010  10:49   5169973278              RSZPC DTBESQ                        PAGE  02/05



randy scott zelin, p.c.



675 old country road
westbury, new york 11590
516.997.6900
f: 516.997.3278
rsz@rszpc.com
www.randyzelin.com

of counsel: pryor & mandelup, llp

November 2, 2010

By Fax {Individual Practices ¶1(C)}
The Honorable Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York  10007

*THE REQUEST FOR PERMISSION TO TRAVEL SET FORTH IN THE 10-29-10 LETTER IS GRANTED.*

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
11-2-10

Re:   United States v. Brustein
      Criminal Docket no.: 10-CR-00901 (HBP)

Dear Judge Pitman:

I represent Gary Brustein  I am following up on the court's directive that I reconfirm with the government and Pretrial Services that neither have any objection to my client's travel request to China for business, as is set forth in my October 29, 2010 letter, a copy of which is enclosed.

The government reconfirmed "no objection" in an email yesterday.  Officer Ramirez reconfirmed "no objection" over the telephone earlier today.

Thank you for your kind consideration.

Respectfully submitted,

RANDY SCOTT ZELIN, P.C.

By: _____
RANDY ZELIN

RZ:nb

cc:   Jennifer Burns, Esq. for the government (by email)
      Carlos Ramirez, United States Pretrial Services (by fax)
      Arthur Bobyak, United States Pretrial Services (by fax)
      Nancy Arce, United States Probation (by fax)



randy scott zelin, p.c.
675 old country road
westbury, new york 11590
516.997.6900
f: 516.997.3278
rsz@rszpc.com
www.randyzelin.com

of counsel: pryor & mandelup, llp

October 29, 2010

By Fax {Individual Practices ¶1(C)}
The Honorable Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    United States v. Brustein
                 Criminal Docket no.: 10-CR-00901 (HBP)

Dear Judge Pitman:

      I represent Gary Brustein  My client entered a plea of guilty to simple possession of a controlled substance as a misdemeanor on October 1, 2010. By this letter, and with both the United States Pretrial Services and the government having no objection, I am respectfully requesting that my client be permitted to travel to Hong Kong and Shanghai, China from November 14th through November 23rd, 2010. As such, my client respectfully requests that his passport be released to him for this trip. Mr. Brustein will return his passport back to Pretrial Services within twenty four hours of his return from China.

      This is a very, very important business trip for my client, as he is now rebuilding his career. Mr. Brustein has been in the luxury, exotic and collectible automobile business his entire life. He built Champion Motor Group, Inc. from a trailer in a dirt lot to the number one Bentley dealer in the world, with sales of some $200 million dollars annually in new and pre-owned automobiles. Having been terminated as a result of his arrest, Mr. Brustein is starting over. Mr. Brustein is about to sign a deal to be a principal in a new exotic automobile dealership and storage facility.  The trip to Hong Kong is required, as he is setting up an exotic automobile service facility there (having already sent over a mechanic to begin setting up the facility). The trip to Shanghai is necessary as Mr. Brustein is brokering the sale of twenty nine rare and museum quality automobiles for the Shanghai Auto Museum. A copy of the list is enclosed.

# rszpc

United States v. Brustein
Criminal Docket no.: 10-CR-00901 (HBP)

    Mr. Brustein is not a flight risk. He is to be sentenced on December 10, 2010 on a plea to a misdemeanor with an advisory Guidelines range of 0-6 months and a CHC I. His probation interview with officer Arce took place yesterday. Mr. Brustein has no warrant history. He has complied with his Pretrial Services reporting requirements, and he has continued in his outpatient therapy. He is married with two kids in college. He owns his home in Brookville, New York.

    This trip is critical to Mr. Brustein's professional rebirth. Thank you for your kind consideration.

                                        Respectfully submitted,

                                        RANDY SCOTT ZELIN, P.C.

                        By: _____
RZ:nb                               RANDY ZELIN

cc:    Jennifer Burns, Esq. for the government (by email)
       Carlos Ramirez, United States Pretrial Services (by fax)
       Arthur Bobyak, United States Pretrial Services (by fax)
       Nancy Arce, United States Probation (by fax)

| No. | Year | Brand | Type | Nation |
|---|---|---|---|---|
|  | 1901-1905 | Panhard Levassor | 7CV | France |
|  | 1903-1906 | Stanley | Steamer | U.S.A. |
|  | 1911-1925 | Renault | Town Car | France |
|  | 1920-1926 | Rolls Royce | Silver Ghost | U.K. |
|  | 1922-1931 | Lancia | Lambda | Italy |
|  | 1926-1930 | Bentley | 4 1/2 Liter | U.K. |
|  | 1929-1936 | Rolls Royce | Phantom II | U.K. |
|  | 1930-1937 | Cadillac | 452 V-16 | U.S.A. |
|  | 1931-1933 | Chrysler | Imperial | U.S.A. |
|  | 1933-1936 | Horch | 830 | Germany |
|  | 1933-1936 | Pakard | Super eight | U.S.A. |
|  | 1933-1940 | Bugatti | Type 57 | France |
|  | 1934-1936 | BMW | 315/1 | Germany |
|  | 1934-1936 | Mercedes-Benz | 500K | Germany |
|  | 1935-1937 | Auburn | 851 | U.S.A. |
|  | 1941-1950 | Chrysler | Town & Contury | U.S.A. |
|  | 1948-1958 | Maserati | Racing Car | Italy |
|  | 1954-1963 | Mercedes-Benz | 300SL Gullwing | Germany |
|  | 1955-1965 | Chrysler | C300 | U.S.A. |
|  | 1958-1963 | Aston Martin | DB4 | U.K. |
|  | 1958-1964 | Ferrari | 250GT | Italy |
|  | 1964-1973 | Ford | Mustang | U.S.A. |
|  | 1966-1972 | Lamborghini | Miura | Italy |
|  | 1966-1973 | Maserati | Ghibli | Italy |
|  | 1963-1974 | Porsche | 911 | Germany |
|  | 1955-1957 | Lincoln | Continental Mark II | U.S.A. |
|  | 1953-1959 | Cadillac | Eldorado | U.S.A. |
|  | 1953-1962 | Chevrolet | Corvette | U.S.A. |