

randy scott zelin, p.c.

675 old country road
westbury, new york 11590
516.997.6900
f: 516.997.3278
rsz@rszpc.com
www.randyzelin.com

of counsel: pryor & mandelup, llp

December 9, 2010

By Messenger
The Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York   10007

Re:   United States v. Brustein
      Criminal Docket no.: 10-CR-901-13 (HBP)

Dear Judge Pitman:

I represent Gary Brustein ("Gary").  Sentencing is scheduled for December 10, 2010.
Please let this letter serve as combined notice of objections to the Presentence Report ("PSR"), as
well as a letter and exhibits to give your Honor some insight as to who Gary is, and to
respectfully request your Honor to follow the Probation Department's recommended probation
sentence.

## NOTICE OF OBJECTIONS TO THE PSR

There are no objections to the PSR, and we gratefully acknowledge the efforts of
Probation Officer Arce-LaPorte in her commitment to completing the PSR in time for
sentencing.

## INTRODUCTION

Gary entered a guilty plea on October 1, 2010 to a one count Information principally
charging him with simple possession of methaqualone in violation of 21 U.S.C. §844 (a
misdemeanor).  The long and short of it is that Gary was in possession of quaaludes.

Since his arrest, Gary has actively and aggressively addressed the issues underlying his
need to take qualuudes, and his life has taken a turn for not just the better – but for the far better.



United States v. Brustein
Criminal Docket no.: 10-CR-901-13 (HBP)

## EXHIBITS ATTACHED IN SUPPORT OF THIS APPLICATION

In our effort to provide whatever assistance we can to your Honor in the court's assimilation of factors that make for a just and sufficient sentence, attached are the following exhibits:

Exhibit A:    Court Intervention Project letter dated May 5, 2010 confirming Gary's voluntary enrollment in drug treatment;

Exhibit B:    Nassau Alternative Counseling Center letter dated May 3, 2010 confirming Gary's attendance in fourteen therapy sessions as of the date of the letter;

Exhibit C:    Nassau Alternative Counseling Center letter dated September 27, 2010 confirming Gary's attendance in seventy four therapy sessions as of the date of the letter;

Exhibit D:    Court Intervention Project Evaluation dated May 6, 2010;

Exhibit E:    proof of death of Henry Brustein;

Exhibit F:    Champion Motor Group, Inc. at conception;

Exhibit G:    Champion Motor Group, Inc. at its pinnacle;

Exhibit H:    proof of bankruptcy filing for Champion Motor Group, Inc.;

Exhibit I     letter dated April 7, 2010 terminating Gary's employment;

Exhibit J:    letters of support from family, friends and business associates;

Exhibit K:    really special letters of support.

## PRIOR PROCEDURAL HISTORY

Gary was charged in a sealed criminal complaint dated April 2, 2010, criminal docket no. 10 MAG 658 with violating 21 U.S.C. §846. He was arrested on April 6, 2010 in the evening without incident. The initial appearance was April 7, 2010, and Gary was released on a $250,000 personal recognizance bond ("PRB") co-signed by his wife Lisa and his brother Alan, with strict

# rszpc

United States v. Brustein
Criminal Docket no.: 10-CR-901-13 (HBP)

pretrial supervision including drug testing and treatment, as well as travel restrictions. Gary entered his guilty plea on October 1, 2010 to the one count misdemeanor Information charging him with simple misdemeanor possession under 21 U.S.C. §844.

Gary has been at liberty, and has been compliant with the conditions of his release. Of note is that Gary took it upon himself to voluntarily enroll and participate in outpatient drug treatment – literally before he got home after his release on bond.(see Exhibit A).

*Gary's voluntary enrollment in treatment*

It is worth repeating that Gary did not go home after his release on April 7, 2010. Instead, he went right to the Court Intervention Project in order to be assessed and enrolled in treatment (see Exhibit A). The Court Intervention Project referred Gary to the Nassau Alternative Counseling Center ("NACC").

Gary had been self-medicating with Quaaludes, as he had been consumed with the loss of his father and his business – literally all at once.

Annexed as Exhibits A through D is proof of Gary's work and commitment to overcoming his drug habit. Clearly, Gary is intensely driven to address the risk factors that took him down the path to illicit drugs, and he has set out to live his life free from drugs.

Annexed as Exhibit D is the Court Intervention Project's Diagnostic Evaluation dated May 6, 2010 for Gary (the "NACC Evaluation"). The NACC Evaluation confirms Gary's use of Quaaludes (p. 4). The NACC Evaluation notes the closeness of Gary's relationship with his parents, three brothers and one sister, and in particular notes the loss of his dad Henry in March (see proof of death annexed as Exhibit E) and how hard his dad's passing has been (p. 2).

The NACC Evaluation also notes Gary's fall from grace as a result of the bankruptcy filing of Champion Motor Group, Inc. ("Champion"), which Gary himself built up from a trailer set in a dirt parking lot, to one of the premier new and pre-owned exotic car dealerships in the country (see Exhibits F and G – Champion then and now respectively –  and Exhibit H proof of bankruptcy filing).

Gary has actively engaged in his intervention plan. He has shown a willingness to do whatever it takes to get his life back on track. Recidivism – like failure – is not in Gary's vocabulary[1].

---

[1] Gary's therapy remains ongoing.



United States v. Brustein
Criminal Docket no.: 10-CR-901-13 (HBP)

## GUIDELINES ANALYSIS

The PSR reflects the Probation Department's estimates, as follows:

Base Offense Level (U.S.S.G. §2D2.1(a)(3).........................................................................4

Acceptance of Responsibility (U.S.S.G. §3E1.1(a)...........................................................(-2)

Total Offense Level.....................................................................................................2

The estimated advisory Guidelines imprisonment range reflected in the PSR is 0-6 months (PSR ¶115).

*Prior criminal history*

Gary appears to be a criminal history category I (PSR ¶88).

## PSR RECOMMENDED SENTENCE

The Probation Department recommends a one year term of probation (PSR p. 26).

## WHO IS GARY BRUSTEIN?

Gary was born on May 17, 1956. He turned fifty-four not long after his arrest.

*Family*

Gary was raised in Roslyn, New York by parents Henry and Theda. Gary's dad died on March 11, 2010 (see Exhibit E). Gary is one of five children. He remains close with his brothers and sister, all of whom are deeply supportive of him (see letters annexed in Exhibit J).

Gary and Lisa celebrated their twenty-fifth wedding anniversary on April 14th. They have two kids – Lindsay who is twenty three, a graduate of Penn, who now attends graduate school at NYU where she is studying for her Masters in Nutrition, and Jordan, age twenty, who is a junior at Michigan (see letters annexed as Exhibit J).

Gary has an incredibly loving, tight-knit and supportive family.

# rszpc

United States v. Brustein
Criminal Docket no.: 10-CR-901-13 (HBP)


*From childhood on – it's always been about a passion to work*

From the time he was just a teenager, Gary was driven to succeed (pun intended as he is in the car business). His core values of old-fashioned hard work were instilled in him by conservative, old-fashioned hardworking and loving parents Henry and Theda.

Work started for Gary at age of fourteen, as he got his first job working for Deluxe Caterers at Shelter Rock Jewish Center. He drove himself there – by bicycle; he worked Friday afternoon through Sunday night; he earned $1.15 an hour. The pots he scrubbed (until he was promoted to *dish*washer) matched him in size. Gary worked his way up – from salad man to food preparer to ice carver to busboy and waiter to assistant chef. But that was not enough for Gary. When he wasn't working the weekends at the Temple, he worked at Wetson's making burgers and fries. Hard work meant saving money. Saving money meant being able to buy his own car when he turned seventeen.

In April, 1973, Gary heard his calling. Having saved almost $3,000, he bought his first car – a 1971 Cutlass convertible 442 – red with a white top and white racing stripes. He bought it for $2,325 and sold it for $3,200. With those profits, he next bought a 1972 AMX which he bought for $3,000 and sold for $3,600.

Henry Brustein had little choice but to accept the fact that Gary was not going to be pre-med. A doctor? No. Car aficionado? Yes!

Gary attended CW Post College and continued to grow his fledgling car business. He got his Dealer's License in 1974 and took over a room in the house to use as an office – selling cars out of the driveway, and in the school parking lot. Gary graduated with a degree in Finance, but his real degree was in the car business.

But even the car business was not enough for Gary. Fascinated with the real world of business, Gary expanded his car business ventures from selling Italian ices on the beaches (he had a crew of in upwards of twenty five kids selling for him) to party promoting at clubs on both Long Island and Manhattan to ultimately owning his own club – Guys and Dolls in Franklin Square.

But Gary was always drawn back to his first love – cars. Having sold Guys and Dolls for a good profit, in 1981 Gary started a car dealership in Great Neck – European Auto Classics. The blueprint for Champion was conceived, as Gary bought and sold collectible, antique and classic cars. From European Auto Classics, Gary grew Capgro Leasing/Roadworks to a portfolio of over 1,000 cars with more than 20 employees.

# rszpc

United States v. Brustein
Criminal Docket no.: 10-CR-901-13 (HBP)

And then, Champion was conceived.  In 1988 – in a trailer on a dirt lot in Huntington
(see Exhibit F).  From that dirt lot, Champion grew to a 7,000 square foot building in Woodbury
with a showroom, service department and a body shop.
And from there came Gary's masterpiece –  a 62,000 square foot facility on four acres on the
south service road of the Long Island Expressway.  A new car Bentley franchise; a new car
Lamborghini franchise and one of the largest collection of pre-owned exotic, classic, antique and
muscle car collections anywhere.   One of the most beautiful dealerships imaginable with a
commissioning room, movie theater, café, retail store, twenty-one 21 service lifts for twelve full-
time mechanics.   The number one Bentley dealer in combined new and pre-owned  in the world
(see Exhibit G).

Then the world started to crumble.  In the Fall of 2008, the financial markets collapsed.
The banks that didn't go under simply stopped lending.  It was the wrong time to be selling
Bentleys and Lamborghinis or Ferraris or the oldest surviving Corvette in existence.  The
business fell apart.  Nothing could spare Champion.

Ultimately Champion had no choice but to file for bankruptcy.  And on March 26, 2009,
Champion filed  a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy
Code with the Clerk of the United States Bankruptcy Court, Eastern District of New York (see
Exhibit H).

As a result of Champion's bankruptcy filing, Gary lost Champion to the financial backers
who came in to rescue Champion.   Just before he was arrested, Gary officially went from owner
to just a manager.  Champion was gone – no longer his.

With Gary's arrest came more humiliation.  By April 12, 2010, he had nothing, as Gary
was terminated by the "new" Champion as a result of his arrest (see Exhibit I termination letter
dated April 7, 2010[2]).   Gary's keys no longer worked.  The locks had been changed.

## GARY'S COMEBACK

We are pleased to report that Gary is back in the classic and exotic automobile business
anew – he recently signed on with Exotic Classics, a new 40,000 square foot showroom and
storage facility for the finest and rarest of exotic and collectible automobiles.   It is clear to
everyone around Gary that he has a renewed sense of purpose to regain his position as a leader in
the industry.

---

[2]Incredible how the letter of termination tossing you out of your own dream –  written by
the lawyer that you brought in to the deal – ends with "Cordially."



United States v. Brustein
Criminal Docket no.: 10-CR-901-13 (HBP)

## THIS IS GARY BRUSTEIN

But with that renewed drive to succeed in his business, comes a renewed sense of perspective and prioritizing – a renewed recognition of what really is important in life. An understanding that those who know Gary from near and far see in Gary. Annexed as Exhibits J and K are letters of support for Gary. An outpouring of love, devotion and hope for him which cannot be done justice short of simply reading all of them.

But there are a couple of letters that stand out. Letters that open the window to the soul of Gary. That show just how Gary Brustein has impacted those around him. The letter from Peter Resnick is the stuff that *Lifetime* movies come from.  Mr. Resnick shares with your Honor who Gary Brustein is.

## CONCLUSION

Before you stands a human being seeking a second chance at redemption. Faced with a confluence of crises, he fell from grace. But, things happen for a reason.

Before this court equally stands a man who has touched so many lives; has done so much good; has so much to offer. A man who has accepted responsibility for his conduct, and is now single-minded in his goal of changing his behavior through an introspective on what caused him to fall, with openly sought and embraced treatment and supervision.   A man who is willingly and aggressively engaged in his own intervention – eager to retake his place among the community's good people. Gary Brustein is re-shaping his personal governance, and will successfully take on anything and everything that is required of him. Things do happen for a reason.

The goals of sentencing can be honored by sentencing Gary Brustein to probation.

Thank you for your consideration of this most important moment in Gary Brustein's life.

Respectfully submitted,

RANDY SCOTT ZELIN, P.C.

By:

RANDY ZELIN

RSZ:nb
cc:     Jennifer Burns, Esq. (by email .pdf)
        Probation Officer Nancy Arce-LaPorte (by email .pdf)

# EXHIBIT A

# THE COURT INTERVENTION PROJECT

### *Nassau Alternative Counseling Center*

*114 Old Country Road, Suite LL1 . Mineola, New York 11501 . Telephone: (516) 741-3110 . Fax: (516) 741- 4050*

May 5, 2010

*Susan F. Andrews*
*Executive Director*

Carlos Ramirez, US Probation Officer (Pre-Trial Services)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11501

*Raymond DiGiuseppe PhD, ABPP*
*Clinical Director*

*CONSULTANTS*
*Edward R. Sodaro Jr., MD*
*Gary Witkin, PhD*
*Wayne Rothwell LCSW, CASAC*
*Frank H. Andrews, CASAC*

RE:   Gary L. Brustein
DOB: 5/17/56

Dear Mr. Ramirez:

Gary Brustein was referred to the Court Intervention Project by his attorney, Randy Zelin for diagnostic assessment and treatment recommendations.  Mr. Brustein was seen for psychosocial intake on 4/7/10 and commenced a series of weekly interviews with the undersigned on 4/8/10.  The process has included written psychological testing to determine Mr. Brustein's mental health status.

As part of our assessment, Mr. Brustein  completed the following written tests: The *Substance Abuse Subtle Screening Inventory (SASSI)*, an 88 item questionnaire designed to identify individuals with a high likelihood of having an alcohol or substance abuse related disorder; and the *Research Institute of Addictions Self-Inventory (RIASI)*, a 40 item questionnaire designed by the New York State Department of Motor Vehicles to identify individuals in the Drinking Driving Program who require additional evaluation and treatment.

Based upon clinical assessment and test results, Mr. Brustein was referred to the Nassau Alternative Counseling Center (NACC), where he was seen on 4/8/10 for intake and treatment planning.  He was subsequently admitted to the Intensive Treatment Program with requirement to attend five group therapy sessions weekly and submit to random toxicology screens to monitor his abstinence (see NACC attachment hereto).

We remain in the process of conducting our assessment in order to provide you with a comprehensive report, as well as timely updates of his treatment progress at NACC. If you have any questions, please feel free to contact us.

Sincerely yours,

Gary Witkin, PhD
Clinical Psychologist
NYS License No. 007681

Susan F. Andrews
Executive Director

GW/vpc
cc: Randy S. Zelin, Esq.

# EXHIBIT B

# NASSAU ALTERNATIVE COUNSELING CENTER

*114 Old Country Road, Suite LL2 . Mineola, NY 11501 . Telephone: (516) 741-0534 . Fax: (516)741-4050*

May 3, 2010

**Program Director**
Frank H. Andrews, CASAC

Carlos Ramirez, US Probation Officer (Pre-Trial Services)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Director of Special Projects**
Timothy F. Andrews

**Medical Director**
Fredric J. Mintz, MD

RE:   Gary L. Brustein
DOB: 5/17/56

**Clinical Supervisor**
Raymond DiGiuseppe, PhD

Dear Mr. Ramirez:

Gary Brustein was referred to this treatment center by the Court Intervention Project and was seen for evaluation and treatment planning on 4/8/10. Following our assessment, he was admitted to our *Intensive Treatment Program (ITP) with the following requirements: attendance at group therapy four times weekly; individual counseling as needed; and submission to random toxicology screens.*

*Mr. Brustein has thus far attended his assigned program on 4/10, 4/12, 4/13, 4/14, 4/15, 4/17, 4/19, 4/20, 4/21, 4/22, 4/24, 4/26, 4/27, 4/29/10 for a total of 14 group sessions.* His specific treatment objectives are noted as follows:

a) To attain a comprehensive knowledge about the disease of chemical addictions;
b) To maintain complete abstinence from alcohol and all other mood altering substances;
c) To develop viable relapse prevention strategies and incorporate them into daily living.

If you have any questions, please feel free to contact us.

Sincerely yours,

Frank H. Andrews, CASAC
Program Director
NYS Credential No. 3787

Raymond DiGiuseppe, PhD, ABPP
Clinical Director
NYS License No. 5286

FHA/vpc
cc: The Court Intervention Project
      Randy Zelin, Esq.

*Nassau Alternative Advocacy Program, Inc.*
*Licensed Agency of the NYS Office of Alcoholism and Substance Abuse Services*
*Supported by funds from:*
*NYS Division of Probation and Correctional Alternatives*

# EXHIBIT C

09-29-10;01:30PM;                                    ;516 741 4050                 #  2/  2

## NASSAU ALTERNATIVE COUNSELING CENTER
*114 Old Country Road, Suite LL2 . Mineola, NY 11501 . Telephone: (516) 741-0534 . Fax: (516)741-4050*

**TO:** United States District Court
Eastern District of New York
US Pretrial Services
200 Federal Plaza; West Wing, Room 200
Central Islip, New York 11722

**Program Director**
Frank H. Andrews, CASAC

**Director of Special Projects**
Timothy F. Andrews

**Medical Director**
Fredric J. Mintz, MD

**ATTN:** Arthur E. Bobyak, US Probation Officer   **DATE:** September 27, 2010

**Clinical Supervisor**
Raymond DiGiuseppe, PhD

**SUBJECT:** Gary L. Brustein        DOB: 5/17/56

Please include explanatory comments wherever <u>Problematic</u> is checked.

**Attendance:** ___x___ Regular _____ Problematic
Date of Admission: 4/8/10
Total sessions attended to date: 74
Dates attended since last report: 8/2, 8/3, 8/9, 8/10, 8/11, 8/16, 8/17, 8/23, 8/30, 9/7, 9/13, 9/14, 9/20, 9/21/10

**Motivation:** ___x___ Acceptable _____ Problematic
Comments:

**Chemical Testing:** _____ Clean _____ Problematic
Comments: Mr. Brustein has been submitting to regular toxicology testing at Pre-Trial Services.  Hence, he is not required to submit to additional testing here, unless required by his PTS Officer.

**Treatment Modality:** ___x___ No change _____ Change
Comments:

**Additional Comments:** Mr. Brustein continues to attend outpatient treatment.  He shares openly about his past substance abuse and his desire to maintain a substance-free lifestyle.

Frank H. Andrews, CASAC
Program Director
NYS Credential No. 3787

Raymond DiGiuseppe, PhD, ABPP
Clinical Director
NYS License No. 5286

FHA/vpc
cc: The Court Intervention Project
     Randy Zelin, Esq.

*Nassau Alternative Advocacy Program, Inc.*
*Licensed Agency of the NYS Office of Alcoholism and Substance Abuse Services*
*Supported by funds from:*
*NYS Division of Probation and Correctional Alternatives*

**EXHIBIT D**

# A
# DIAGNOSTIC EVALUATION
# FOR

## Gary L. Brustein

---

## U.S. Attorney's Office
### Southern District of New York
### 500 Pearl Street
### New York, New York 10007-1312

**DEFENSE ATTORNEY:**
Randy Zelin, Esq.

**PREPARED BY:**
The Court Intervention Project
114 Old Country Road, Suite LL1
Mineola, New York 11501

**DATE:** May 6, 2010

# THE COURT INTERVENTION PROJECT

*Nassau Alternative Counseling Center*

*114 Old Country Road, Suite LL1 . Mineola, New York 11501 . Telephone: (516) 741-3110 . Fax: (516) 741- 4050*

*Susan F. Andrews*
*Executive Director*

*Raymond DiGiuseppe PhD, ABPP*
*Clinical Director*

**CONSULTANTS**
*Edward R. Sodaro Jr., MD*
*Gary Witkin, PhD*
*Wayne Rothwell LCSW, CASAC*
*Frank H. Andrews, CASAC*

May 6, 2010

Gary L. Brustein
14 Emerson Road
Brookville, New York 11545
DOB: 5/17/56

Psychosocial Intake: 4/8 & 4/9/10
Psychological Testing and Clinical Assessment: 4/10; 4/17; 4/24/10

## DIAGNOSTIC ASSESSMENT

**REASON FOR REFERRAL:**   Gary Brustein was referred to the Court Intervention Project by his attorney, Randy Zelin Esq., for assessment and treatment recommendations.   Mr. Brustein was arrested by Federal Agents on 4/7/10, and charged with Conspiracy.   He was released from custody the following day, upon posting Personal Bond of $250,000.   Mr. Brustein is scheduled to appear in United States District Court, SDNY, before the Honorable – on –.   In the interim, he reports weekly to U.S Pre-Trial Service Officer Carlos Ramirez in Central Islip.

**CURRENT STATUS:**   Gary Brustein is a married, 53 year old father who resides in Brookville with his 48 year old spouse, Lisa (nee Gottleib), and the couple's two children: Lindsay, age 23; and Jordan, age 20.   He reports a stable marriage of 25 years as well as close relationships with his daughter and son.   Mr. Brustein had been employed at Champion Motor Group, an auto dealership in Jericho, which he founded in 1988 and continued to operate until 2007, when he sold the business to its current owner.   He had continued to manage general operations as the dealership President until his arrest.

1

On referral from this agency, Mr. Brustein was seen at the Nassau Alternative Counseling Center (NACC) on 4/8/10, for substance evaluation and treatment planning. He was subsequently admitted to the Intensive Treatment Program which he has been attending since 4/9/10 (see NACC attachment hereto).

**FAMILY AND BACKGROUND HISTORY:**   Gary Brustein, born in Brooklyn and reared in Roslyn, is the second of five offspring born to Theda (nee Netel), age 78, and the late Henry Brustein, DDS, DMV, who died of congenital heart failure in March of this year. The widowed Mrs. Brustein devoted full-time to the care of her home and family. Mr. Brustein siblings: Eve, age 56; Alan, age 51; David, age 50; and Lanny, age 48, are married with children and reside in New York.

Mr. Brustein reports timely attainment of all developmental milestones. He credits his parents as having been unfailingly vigilant in providing for their five children's economic and emotional needs. He also describes both parents as good role models who instilled their children with important family and social values as well as a strong work ethic. He reports close relationships with his parents and siblings throughout his lifetime, and is notably mournful over his father's recent death. He also reports appropriate overall behavior and positive interaction with peers and other adults in his community during his formative years.

Mr. Brustein initially became self-domiciled at age 23 and has since been self-supportive. He and his spouse met in 1982 and the two married in 1985. They recently celebrated their 25th wedding anniversary. He openly shares his "amazement" at "how well my wife is handling all of this considering how disturbing the evening of the arrest was to her personally."   He describes her as a considerate, loving and caring individual and, "the best mother to our two children."

2

**EDUCATIONAL HISTORY:**    Mr. Brustein attended primary and secondary schools in the Herricks Public School District (Grades K-12). Following his graduation from Herricks High School in 1974, he attended Nassau Community College and Long Island University at CW Post College, from which he was conferred a Bachelors Degree in 1978.  He reports consistent attainment of academic performance in the high average range throughout his formal education.

**OCCUPATIONAL HISTORY:**  Gary Brustein presents with a history of steadfast employment since age 16.  He reports that since his college graduation, he has consistently worked in the field of auto sales and dealership management, including the 19 year period (1988-2007), when he owned and operated Champion Motor Group in Jericho.  In retrospect, he expresses some disappointment that his own business, which he founded and reportedly worked hard "to build," fell into bankruptcy in 2007.  Due to his alleged involvement in the pending matter, he was forced to discontinue his relationship with the dealership.

**LEGAL HISTORY:**  Mr. Brustein reports a prior federal case in his early 20's, involving the alleged violation of a stock issue that ended in full acquittal.

**MEDICAL SCREENING:**  Mr. Brustein reports prior arthroscopic surgery in 1995, to his left knee's ACL.  He may require additional surgery as the condition of his knee has since deteriorated.  He also takes prescribed Synthroid due to an underactive Thyroid.  Mr. Brustein's physician prescribes Serax (generic for Xanax), and Ambien for treatment of anxiety and sleep disorders.

**SUBSTANCE ABUSE SCREENING:** Mr. Brustein completed the following written tests: The *Substance Abuse Subtle Screening Inventory (SASSI)*, an 88 item questionnaire designed to identify individuals with a high likelihood of having an alcohol or substance abuse related disorder;

and the *Research Institute of Addictions Self-Inventory (RIASI)*, a 40 item questionnaire designed by the New York State Department of Motor Vehicles to identify individuals in the Drinking Driving Program who require additional evaluation and treatment.

Mr. Brustein reports onset of experimentation with Quaaludes while in college and discloses history of sporadic use over the ensuing years. His reported history of drinking alcohol has been temperate; however, he admits to an early history of overindulgence during his college years. He reports experimentation with Marijuana in college and sporadic, infrequent use over the course of his adult years.

Given his history and results of the above named testing, Mr. Brustein does not present with signs or symptoms of withdrawal or of chemical dependence as defined by the Diagnostic and Statistical Manual-Fourth Edition (DSM-IV). He reports no history of formal treatment for substance abuse prior to his current involvement at the Nassau Alternative Counseling Center in Mineola where he is actively engaged in outpatient treatment.

**PSYCHOLOGICAL TESTING:**   In order to assess Gary Brustein's personality functioning, the following psychological tests were administered:

*Substance Abuse Subtle Screening Inventory (SASSI)*
*Research Institute of Addictions Self-Inventory (RIASI),*
*Personal Problems Checklist for Adults*
*Symptom Checklist*
*Sentence Completion Test*
*Psychological Interview*
*Mental Status Examination*

4

We are awaiting scoring of the above named psychological tests, which were conducted by the undersigned Psychologist in order to provide the Court with a summary of Gary Brustein's current Mental Status and Diagnoses. We will forward results to Counsel immediately upon completion of same. Thank you for your time and consideration in this matter.

Respectfully submitted,

Gary Witkin, PhD
Clinical Psychologist
NYS License No. 7681

Susan F. Andrews
Executive Director

# EXHIBIT E



# EXHIBIT F

GARY BRUSTEIN - CHAMPION MOTORS HUNTINGTON, NY "1988"



## GARY BRUSTEIN

ANNOUNCES THE GRAND OPENING OF



681 WEST JERICHO TURNPIKE

HUNTINGTON, NY 11743

(516) 351-0100

LEASING & SALES

NEW & USED • ALL MAKES & MODELS






GARY BRUSTEIN - CHAMPION MOTORS

**EXHIBIT G**



BENTLEY

# CHAMPION
## MOTOR GROUP

Click Here for a
Free Subscription

About Us

### Welcome to Champion Motor Group & Bentley Long Island

### Sales: 888-955-6444    Service/Parts: 516-299-9339

Champion Motor Group is located in the heart of Long Island in Jericho, NY. We have been in business
and the only Authorized Bentley Dealer in Long Island since 2002. We are proud to offer a wide selecti
pre-owned luxury, highline, and exotic automobiles.

Over the years, we have grown to become one of the largest Bentley dealers in the nation, specializing in new & pre-owned Bentleys, as well as
luxury, highline, and exotic automobiles. We are a full-service dealership offering the best in Sales, Service, and Parts.

All of our devoted Sales Specialists have been factory trained and certified, and are ready to assist you in purchasing your next vehicle. Or if you
selling your current vehicle, we are always actively seeking to purchase exotic and luxury cars.

All makes and models are welcome at our Service Department. Our knowledgeable and dedicated Service Team consistently performs top-of-th
exceptional value. Please contact us if you would like to check your personalized maintenance schedule.

Visit us at our showroom in Jericho, NY located at 115 South Service Road, exit 40W off the Long Island Expressway



RE: GARY BRUE



RE: GA

# EXHIBIT  H

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below
was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 03/26/2009 at 6:04 PM and
filed on 03/26/2009.

**Champion Motor Group, Inc.**
115 South Service Road
Jericho, NY 11753
Tax ID / EIN: 11-3092469



The case was filed by the debtor's attorney:

**Robert R Leinwand**
Robinson Brog Leinwand et al
1345 Avenue of The Americas
New York, NY 10105
(212) 586-4050

The case was assigned case number 8-09-71979-ast to Judge Alan S. Trust.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30
days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt
to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a
lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 290 Federal
Plaza, P.O. Box #9013, Central Islip, NY 11722-9013.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

Robert A. Gavin, Jr.
Clerk, U.S. Bankruptcy
Court

3/27/2009 11:12 AM

# EXHIBIT  I



OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212.451.2277
EMAIL: MFOX@OLSHANLAW.COM

April 8, 2010

Gary Brustein
14 Emerson Drive
Brookville, NY 11545

Re:   Champion Rescue, LLC to Champion Motor Group, Inc.

Dear Gary:

I have been directed by my client Champion Recue LLC to send this letter to you. This letter, serves as confirmation that your employment with Champion Rescue LLC has been terminated as of yesterday, April 7, 2010.

Please call Michael Todd to make arrangements to retrieve your personal items and effects.

Cordially,

Michael S. Fox

cc: Antoine Dominic
    David Luce
    Jordanna Nadritch

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NJ 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222