# EXHIBIT  J

April 30, 2010

United States Attorneys Office

RE: Gary Brustein

To Whom It May Concern:

I am writing this letter on behalf of Mr. Gary Brustein, a dear friend to my family and myself. My name is Audrey Rudin, I am a secretary for the Great Neck Schools and mother of two boys. I reside with my family in Jericho, New York.

I have known Gary Brustein for the past 15 years through the friendships of our children and his wife, Lisa. Our children have close relationships and I consider both Gary and his wife dear friends.  Their home has always radiated warmth to me, and has always been safe environment for the children to be in. I would say that my family grew up along with the Brustein family. I always feel comfortable knowing my children were with Lisa and Gary. He was not only a great father to his children, but he took an interest in other kids in the neighborhood. He was always loving, caring, and considerate to those people lucky enough to be close to him. Mr. Brustein always offered unconditional support and guidance to his family and friends.

During the past five years, I have gone through a very difficult divorce.  One of the most trying experiences was having to lease a car for the first time on my own. After one quick phone call, Gary made it his business to make sure I had help getting through what was for me a very harrowing experience.  He took time out of his very busy schedule and did not hesitate to help me in any way he could. I will always appreciate his kindness, support and friendship.

Gary Brustein always impressed me as a quality person, a family man and as a loyal friend. He exemplifies a warmth and kindness that I will always remember when I reflect upon the friendships I have made through my children and as an adult.  These feelings and thoughts I have expressed still exist and I am in full support of him at this difficult time.

Thank you for your time and consideration of Gary Brustein.

Sincerely,

*Audrey Rudin*

Audrey Rudin



## NEW WORLD TRADING CENTER

TEL. (516) 626-2600
FAX. (516) 626-6849

14 ORMOND PARK
BROOKVILLE, NEW YORK 11545

April 26, 2010

To:  United States District Attorney Office

Re: Gary Brustein

Dear Sir,

I was quite shocked to hear that our neighbor, Mr. Gary Brustein, has been named in a complaint to distribute illegal drugs.

Gary's son, Jordan, and my son, Ryan has attended primary and secondary schools together.   Our family has known Gary and his family for more than ten years.  During that time Gary has always been a very devoted and helpful parent to volunteer with other parents to coach many athletic teams over the years.   He has always been a very committed and fair parent to help instill confidence and hard work ethics to our children.  I have seen Gary work very patiently with handicapped children and help them interact and get accepted by other peers during our boys' youth baseball season.

Gary has always contributed generously and supported the Jericho School youth charity programs by volunteering his time.   I have always known Gary to be a very caring and loving individual who will go out of his way to help those in need.

I hope this letter may assist in your office's evaluation of Gary Brustein's character.

Sincerely yours,

John Lee
President

 

# RJF

## Robert Jeffrey Friedman Inc.

Untied States Attorney's Office                                    April 26, 2010

My name is Robert Friedman, I am 53 years old and have lived on Long Island NY (Nassau County) for my entire life. I am Divorced with two grown children.

I have had the privilege of knowing Gary Brustein for 48 years now. We first met in First grade and our friendship has grown since then. Gary Brustein is not just my friend but has become part of my family through our devotion and love for each other.

I have seen Gary grow from a teenager to a successful business man more so then anyone else around. He is devoted to his business and the personnel that he employees.

Let me tell you a little about the person (Gary Brustein); this is a man that when in need will be the first to offer assistance, he is compassionate to a fault, but knows no other way then to help and bring happiness to others. He is deeply involved in humanitarian charities, and every year for at least the past 10 years he has had fund raisers for the likes of; American Cancer Society, M.S. Foundation. Tuesday Children for Kids (911 fund), Rising Stars (kids that could not afford summer activities). This man gets pleasure by helping others, it's apparent by the effort he puts in to his business, and charities.

Gary is also involved in other organizations; Director with the NY Law Enforcement Foundation, and a fundraiser for the North Shore LIJ Hospitals. He does this because he cares, no other reason.

I am very aware of the situation that Gary is caught up in at this time, but my friendship, love and loyalty has not waivered at all due to this. If anything I am there more so to support him and his family through these difficult times.



ROBERT J. FRIEDMAN

*50 Charles Lindenbergh Blvd.. Suite 400 Uniondale. New York 11553  Tel. 516-229-2214  Fax 516-229-2631*

### SIGMUND S. SEMON, ESQ.
### 190 WILLIS AVENUE
### MINEOLA, NEW YORK 11501
### 516-747-0300

May 12, 2010

United States Attorney
for the Southern District of New York
1 Saint Andrews Plaza
New York, New York 10007

Re:    Gary Brustein

Gentlemen:

I have been requested to write this letter on behalf of Mr. Gary Brustein. Since December 1962, I have been an attorney admitted to the Bar of the State of New York and since 1964, to all of the Federal District Courts in New York, the Circuit Court for the Second Circuit and since 1972 the Supreme Courts of the United States. I am presently of counsel to the law firm of Meltzer, Lippe, Goldstein & Breitstone, LLP in Mineola, New York and I am the Village Judge for the Village of North Hills, New York.

I have known Gary Brustein for approximately 20 years, professionally and socially, first through my youngest son, Matthew, who worked for Mr. Brustein from the time he was a senior in high school until he opened his own business. Mr. Brustein has always been generous, courteous, thoughtful and considerate to me and my family.

During the years that I have known him, I have met numerous people in the automotive business who told me that if it were not for Mr. Brustein's tutelage, concern, care and dedication, these individuals would not be where there are today. In other words, they owe part of their success in the automotive business to Mr. Brustein. I personally have always found Mr. Brustein to honorable and forthright.

Mr. Brustein is a dedicated and concerned family person who has always shown concern for not only his family, but others. He has always been loyal and dedicated to his family and friends.

In my business dealings, Mr. Brustein's word was his bond which could be relied on to the point that at times I found him overly trusting of other people.

504567-2

United States Attorney
for the Southern District of New York
May 11, 2010
Page 2


      If there is any other information that you require, please do not hesitate to call upon me.

Very truly yours,

Sigmund S. Semon

SSS:plm

504567-2



**SANDE FINKEL**
MARKETING SOLUTIONS INC.

May 12, 2010

To: United States Attorneys Office

Re: Gary Brustein

I am writing this letter on behalf of my colleague and friend Gary Brustein. Gary and I have worked together over the past 15 years on numerous projects. Having both been in the luxury business we would spend countless hours collaborating on cross marketing venues and charity fundraisers. Gary's commitment to charities has been a priority over the years and he has helped raise substantial amounts of money. For example, at the grand opening event of his car dealership he was instrumental in raising over $50,000 for The Katz Women's Hospital. Gary also sponsored numerous events and supported anyone who was in need of help.

Gary is a man I hold in the highest regard. He is a man of passion, integrity and has an extraordinary vision. In addition to obtaining great success in the development of a truly unique and innovative dealership he has managed to remain both humble and gracious.

In 2007, after a 12 year career, I decided to start my own business and Gary was one of the first to offer me a project to work on. In addition, he offered me an office of my own to use until I got my business off the ground. All of this was done unsolicited by me. I was extremely grateful for his generosity and caring attitude. It was something I will never forget.

Gary always had the ultimate respect from his employees, clients and community. He is a wonderful family man that along with his wife Lisa raised two beautiful well educated and respectful children who appreciate their Dad.

As demanding as business always was nothing ever came before his family. I have nothing but the highest regard and admiration for this man and believe Gary should have a chance to rebuild his life and keep his family together.

I appreciate your consideration.

*Sande Finkel*

Sande Finkel

14 Winthrop Road        Plainview, New York 11803        t. 516.822.5296        c. 516.448.8508        sandefinkel@gmail.com

FROM THE DESK OF
MICHAEL GOTTLIEB
16501 VIA VENETIA E
DELRAY BEACH, FL 33484

April 23, 2010

To:    United States Attorney's Office
       New York, New York

RE:    Letter in support of Gary Brustein

Dear sir or Madam,

My name is Michael Gottlieb and Gary Brustein has been my Brother in law for over 25 years.
Throughout our relationship I have always considered Gary a true brother.  His genuine interest
in my life, and now in the lives of my children, have always been an inspiration to me.  His extra
effort to be a friend and fine uncle to my kids has been a real blessing.

For the 29 or so years I have known Gary (since I was 16) he has always demonstrated a giving,
caring and compassionate nature.  On many occasions over the years I have been thoroughly
impressed by the way he would treat family or friends who would be in need of assistance of
some kind whether it be financial support, career advice, relationship advice or just a shoulder to
cry on or to complain about life's issues.  Gary always is there no matter what at almost any time
of the day even though he always had a very busy work schedule.  Gary has a unique way of
dealing with people that is unmatched by anyone I know.  Gary would not stop helping someone
until he has helped rebuild their self esteem and courage.  Gary would go out of his way to
follow it through and make sure the person is stable.

In addition to watching him in action with others, I myself was one of those people 15 years ago
when I was 30 years old and having career and financial difficulties.  Gary insisted I move into
his house so I can rebuild my life and start fresh.  He has giving and generous nature and
some money until I got back on my feet.  Thankfully, I took his advice and was able to start a
new career that otherwise I never would have been able to if he had not taken me in and helped
me start over.  My life changed for the better and I am now happily married for 10 years with
two kids and own my own business.

I am fully aware of the charges and accusations against Gary and it does not change my opinion
of who he is as a person.  I feel the above attributes I mentioned demonstrate someone with an
exceptional character and love for people in general.  He has a giving and generous nature and
has a strong commitment to his family, friends and community.  Please feel free to contact me
for more specific details or if you have any questions regarding this letter.  Thank you.

                                    Sincerely,

                                    Michael Gottlieb

April 26, 2010

United States Attorneys Office
1 Saint Andrews Plaza
New York, New York 10007

To Whom It May Concern:

This letter is in regards to my eldest brother Gary Brustein. I have known Gary for 47 years. For my entire life, Gary has been a great brother, a loving son and a devoted husband and father. He is by all definitions an entrepreneur and always has been. Gary was the guy that would organize various businesses and has always included his brothers and friends.

Gary is the type of person that if he can see it in his minds' eye then he could create it into reality; he sets goals and accomplishes them. When Gary was young, he dreamed of the day he would own his first car. He worked at the local caterer in our synagogue saving up to make his vision become a reality. Then on Gary's 17th birthday, there sat a red convertible Oldsmobile parked in our driveway. Attaining the goal of owning his first car set the precedent for his three younger brothers to accomplish the same goal of buying our own first cars without being a financial burden to our parents. Gary's love of cars and eventually the car business stemmed from these early years.

Gary's quality as a motivating person also applies to his friends. Gary is respected for his drive and ambition. To this day when I speak to Gary's friends and acquaintances alike, they praise him and share stories with me that when they find themselves in difficult situations, they would ask themselves, "What would Gary do?" He has always been a leader, an inspirational being and a person who has always been filled with love and warmth. Additionally, he has always been conscientious of his employees' needs and that of their families and has always assumed the role of provider.

It was not uncommon to know where to find this motivated person. Gary would still be at his business until 10:00 - 11:00 o'clock p.m. six to seven nights per week. In spite of these long work hours, Gary would also make time to coach various sports teams and raise funds for a vast amount of charities.

Unfortunately the automotive industry took a turn for the worst over the last two years and Gary was forced from ownership to employee status. On March 11, 2010 our father passed away and it added more devastating stress to Gary considering how close he and our father were. Now due to the current accusations, Gary was terminated from the business which he created and built from nothing. This situation is extremely unfortunate. However, I truly believe that given the opportunity, Gary can once again prove he is a hard working and productive member of society. It would be a great loss to his family, friends and the community at large if the justice system sees this situation differently. I know this problem has completely changed Gary's life from home to work and he is truly regretful for what has happened. I know Gary will always do what it takes to correct his situation and return to the matters of family and business that he has led by example for so many years.

Please understand that Gary has always been a great older brother, respected and admired by all that know him and that his currently unfortunate circumstance do not in any way change my opinion of him. Please see it in your good judgment to help turn this situation around by dismissing or withdrawing the present charges.

Respectfully,

DR. LANNY B. BRUSTEIN

Lindsay Brustein
14 Emerson Road
Brookville, New York 11545

April 25, 2010

Dear United States Attorneys Office,

My name is Lindsay Brustein and I am proud to say that Gary Brustein is my father. When writing about someone with as much influence and importance in my life, it is quite difficult to come up with enough positive words that will properly portray his value in my life.

Ever since I was born, I have had an extremely close relationship with my father. I consider him my guardian, my role model, my mentor, and my best friend. My dad has always, and will always, be someone that I look up to. He is the best person I know for friend advice, career advice, and even a shoulder to lean on.

Ever since I was young, my dad has taken genuine interest in all that I've done. For many years he coached my softball teams. He was always fair and never played favorites, not even to his little girl. He always treated each person equally, and did not allow me to play the positions I wanted just because I was his daughter.

My dad is fair about everything he does. He always gives people the benefit of the doubt and never judges another person's situation. He has inspired me to be open-minded and fair with everyone that I encounter.

When I was older and got deferred from my first choice college, University of Pennsylvania, he told me to keep my head up and keep proving myself. He was right; my hard work and dedication paid off. I ended up getting into Penn regular decision, and then four years later received admission to New York University for my graduate degree. My dad has taught me that nothing comes easy and that if you work hard enough and keep trying, you'll get the results that you deserve.

My dad and I are very similar in that we are very hard on ourselves and are not satisfied with anything but the best. He has taught me to never give up on my self or my abilities. My dad NEVER gives up on himself. Every single day he puts 200% into everything that he does.

My dad is one of the most respected people that I know. Whenever we go to a restaurant or even away on vacation, my dad is always recognized. He has more friends than anyone I know, and not superficially- he actually takes genuine interest in each and every person that he knows and gives each person his full attention. What I really admire the most about my dad is how he handles it all and still has a huge smile on his face. He works his butt off at work to provide for my family and grow his business the way he has dreamed of; he makes sure to spend family time with me, my mom and my brother; he makes time for friends and social gatherings as well. My dad truly does it all, and he does it all with such a positive outlook. I look up to my dad because of these positive attributes and much more!

All in all, my dad has taught me so many valuable lessons- the value of a dollar, to never take anything for granted, the meaning of hard work, the importance of maintaining a positive outlook...the list goes on. I am so fortunate and so proud to be able to call Gary Brustein MY father. I am aware of the charges and allegations that have been brought upon my father, but this does not change the way I feel about him. Nothing in the world can change how I feel about my dad, and I am so lucky that I have such a positive, special role model to look up to.

Thank you for your time and please feel free to contact me if you need any other information.

Sincerely,

*Lindsay Brustein*
Lindsay Brustein

Jordan M. Brustein
14 Emerson Road
Brookville, NY 11545
( 516) 626-4797

To the United States Attorney's Office:                      May 1, 2010
Letter in support of Gary L. Brustein

To whom it may concern,

     My name is Jordan Brustein and Gary Brustein is my father. He plays such an important role in my life and I am proud to say he's my father. My dad provides me with unconditional love and he reinforces daily his support and encouragement in everything I do. As well, my father is also a role model, mentor, and best friend to me.

     From as early as I remember my dad and I have had a very close relationship. He has always taken an interest in everything I do. Throughout my life he has coached all of my sports such as soccer, basketball, and baseball. He taught me very valuable lessons throughout the way. He didn't care who was the best on the team but, thought everyone deserved the same opportunities and the same playing time. He explained that in order to win a game we must all work as a team. These life lessons he taught me I learned as early as little league however, didn't just stop after this. He has taught me to be fair with everyone that I encounter, the meaning of hard work, and the importance of always remaining positive. He has taught me so much that it's hard to fit all in this letter.

     I really don't know anyone who works harder than my father. He has a drive like no one I have ever met. I have witnessed this by watching him grow his business from a small little place in Huntington to one of the largest car dealerships in the country. He has taught me to never give up on my abilities and myself. He has also taught me to always have a positive outlook. Stating, there will be the tough times but when you're struggling in any situation....you remain positive and put in the hard work and you will be rewarded with success. I have taken this piece of advice with everything I do.

     When I'm with my dad I feel like I'm with a celebrity. Everywhere we go he ends up knowing so many people. My dad greets and treats everyone the same, which I really respect. He makes the time to talk and take a genuine interest in so many people. It is rare to know a person that is truly excited for other peoples happiness . He puts everyone's concerns and problems before his own. He works so hard to provide for my family and make sure we are all happy. He also makes sure to spend family time with my sister, my mom and me.

     Overall, my dad has taught me so many valuable lessons. Some kid's wish their dads were someone famous like an athlete, actor, etc. however, I wouldn't want it any other way. I am so lucky that I can say that Gary Brustein is my father! He does everything right and makes me believe I can achieve anything I put my

mind to. I am aware of the charges and allegations that have been brought upon my father, but this does not change the way I feel about him. Nothing in the world can change my outlook on him, and I am so lucky that I get to say he is my dad.

Thank you for your time and if you need any additional information please feel free to contact me.

Sincerely,

*Jordan Brustein*

Jordan Brustein

EXPECT  THE  EXTRAORDINARY



## CARLYLE
### ON THE GREEN

Wednesday, April 21, 2010

To the United States Attorney's Office:

*I have known Gary Brustein in a variety of capacities for over 20 years. I began leasing* cars from him at Champion Motors and what started as a professional relationship has grown into a friendship.

He has many great qualities and is very generous man.  Being that I have a catering facility on a prestigious golf course, I have had the pleasure of working with Gary on several occasions.  He has organized many fundraisers, and golf outings, as well as social functions.  He has built a successful business in the community, and is a great business leader.  He is a man of great integrity.

I am aware of his recent situation, and that does not change my opinion of him in any way.  I feel that the positive and good he has done in our community, far out weighs any accusations brought against him.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Steven Carl
Carlyle On The Green



April 27, 2010

To Whom It May Concern

I have known Gary Brustein for 40 years having grown up in the same neighborhood.
He is the hardest working human being I have ever met, and has always been so.
As teenagers, when we would all go to Jones Beach, Gary would be lugging a big cooler to sell
watermelons and refreshments to those who didn't bring any. After exploring many businesses Gary settled
into the automobile sales. I have dealt with him for decades.

He is honest and of the highest character. I swell with pride when I see all the local charities Gary has
supported by holding golf outings and dinners. His generosity comes from his huge heart. His kindness has
touched many in the community. I am aware of his current troubles. This has not changed my opinion of
him. I am confident that Gary will continue to be a positive force in our community.

Respectfully submitted,

Mona Gora Friedman
David Sterling
Sterling & Sterling, Inc.
Office: 516-773-8600
Cell:   516-606-4000

66 West 38th St
NYC, NY 10018 APT # 19D

April 28th, 2010
The United States Attorney's Office
Regarding: Gary Brustein
To Whom It May Concern

My name is Lee Rosen and I am a close friend of Gary Brustein. I feel compelled to write on
behalf of Gary because it saddens me to see such a great individual and friend's name tarnished.

I have known Gary for over 3 years, but the positive impact that he has had on my life is
something that I consider to be highly immeasurable. I consider him to be one of the few role
models in my life, and I consider myself very lucky to know him. He has changed the way that I
look at the world and the lessons that he has taught me are something that I will cherish for the
rest of my life.

I consider my relationship with Gary to be one that is quite unique. I came to know Gary
through my girlfriend, Lindsay Brustein, the daughter of Gary Brustein. I still remember the first
time that I met Gary. It was in April 2007 at the New York Auto Show. I remember being
extremely nervous about meeting the father of my girlfriend, but from the moment I met him, he
made me feel comfortable and at ease. Little did I know that this man would soon become
someone that I would look up to as a role model.

Several months after my first meeting with Gary, I was in Long Island for my summer
internship. I was 20 years old at the time and I was in an area where the only people that I knew
were the Brustein family. Not to mention, this was only the beginning of my relationship with his
daughter. To make me feel more at home, Gary offered to let me stay at his house for the
summer. After a month, my girlfriend left for Australia for a study abroad program and I was
left with Gary and his wife, Lisa, for the remainder of the summer. Not once did I feel
uncomfortable and out of place; it was actually the complete opposite. It was during this time
that I began to really understand the man that I now look up to in my everyday life. I was able to
spend time with Gary throughout all hours of the day and night, and I soon realized that he was
the same amazing, friendly, highly energetic, and kind person at 7am as he was at midnight.
What you see is what you get with Gary. I find this extremely refreshing since in today's society,
that is very often not the case. As you may know, Gary has achieved great success in the car
business due to his steadfast and unparalleled work ethic. I can assure you that there are few
people in this world that work as hard as Gary to achieve their dreams. Gary truly exemplifies
everything that the United States stands for, and he exemplifies why millions of people
immigrate to the U.S. each year: the belief that through hard work and the belief in oneself,
people can achieve their dreams. Moreover, despite Gary's success in the business arena, he has
still been able to be a great husband, friend, and community leader. This is a task that is not so
easy to accomplish in conjunction with financial and business success. Yet, the thing that
amazes me most about Gary is how treats each and every person he meets. Anyone that knows
Gary will know exactly what I mean. He truly treats each individual how he would want to be

treated, and most importantly Gary has the unique ability to see the good and the positive in people.

I consider myself very lucky to know Gary as well as I do. He is someone that I will always look up to and admire. I hope that I was able to shed a little bit of light on the type of individual that Gary Brustein is in the world. He has made a positive impact in my life and words can't express how highly I think of him. If you have any questions, please feel free to contact me.

Regards,

Lee Rosen

*Robert F. Larocca*
*165 Wellington Road*
*Garden City, NY 11530*

May 4, 2010

U.S. Attorney's Office

     Re:   <u>Gary Brustein</u>

To whom it may concern:

     I have been very fortunate to know Gary Brustein for the past 10 years. He and I met through mutual business acquaintances in our local community. As years progressed, we became friends. Gary is known amongst his friends and associates as someone who will always go out of his way to help others.

     In 2007 I approached Gary for his support of the Mental Health Association of Nassau County. Lending financial support for this not-for-profit organization would have been easy for Gary. Instead he went above and beyond what was asked of him and dedicated tireless hours in helping to raise funds for Long Islanders in need. He not only supported this event financially, but he utilized his contacts, his successful business and his friends to accomplish one of the most successful fund raisers the Mental Health Association ever held.

     I am aware of the charges that have been brought against Gary Brustein. This does not change my opinion of him and what he has accomplished. Gary is a hard working business professional who has built a thriving business and is respected throughout the industry. His dedication and support of Long Island is unparalleled.

Respectfully yours,

Robert F. Larocca

### Russo Asset Management, Inc.
### 5756 NW 39th Way
### Boca Raton, Florida 33496
### Tel: (561) 491-6306 * Fax: ( 561) 491-6301

United States Attorneys Office

April 20, 2010

**Letter in Support of Gary Brustein**

To The United States Attorney's Office,

Dear Sirs,

I ask the Attorney's indulgence in reading the following statement in support of my good friend Gary Brustein. I am fully aware of the charges that have been leveled against Gary.

I have known Gary Brustein for over 30 years. I have always considered him a valued friend, and nothing that has happened in the last month has changed my opinion of his character or his value as a human being. He was, is and will remain an asset to our community.

Over the years, I have watched Gary build a successful business, brick by brick, day by day, year by year, from a mere idea into a pillar of the community. Working 18 hours each day (sometimes 7 days per week) Gary spared no effort in building his auto dealership into a respected and admired position as one of the best known dealerships in Nassau County. He sponsored and mentored dozens of young men and women who aspired to make a better life for themselves and their families. He often carried them by the force of his own will and through the use of his own personal resources for months and even years, so that they could achieve their personal dreams.

Gary has a successful marriage of over 25 years. Along with his wife Lisa, Gary has raised 2 gifted and wonderful children. He helped to support his parents and other family members and showed his devotion most recently after the death of his father.

Gary is well known for his sponsorship of the philanthropic efforts of several national, regional and local philanthropic organizations. But his philanthropy is not merely confined to organizations. I have literally seen him offer and give charity to the less fortunate. He has given food to the hungry, advice and comfort to friends and associates in need, and even his own blood in sponsorship of the urgent need for blood in Nassau County.

Edward R Murrow once said that "Difficulty is the only excuse that history never accepts". Murrow would have liked and respected my friend Gary. They both share the view that life was not an easy road. Gary started his business in a trailer. He worked, saved, built and invested his way to success. I think that it is ironically appropriate that Gary was in the automobile business. He was always paving the road so that the high powered and high energy engine that was and is Gary could move down the road honestly, safely and successfully. He has done all of that. But most importantly, he did it all with integrity and humility. He was always amazed and grateful for the success he achieved, and when lean times came, he just worked harder until success once again materialized.

Gary has always rooted for the underdog. He has never been jealous of someone else's success. He is that rarest of people who truly enjoys seeing someone succeed, and never, ever enjoys seeing someone fail. Gary is truly a "good soul", always seeing the glass as half full and mentoring others to do the same.

I happen to know that Gary exercises every morning. I always supposed that he needed to do that so that he could be in great shape and ready to work those hundreds of hours each week that it took for him to build his dream. Needless to say, everyone who knows Gary understands how he has earned everything he has achieved. No one gave him his success.

 But Gary exercised in another more important and profound way. It has been said that "the greatest exercise is bending down to lift another". Well, my friend Gary never failed to bend down to lift a friend or business associate and never failed to help lift a philanthropic organization, if it was in his power to work with a cause.

I respectfully ask the court now to help Gary. He has earned that help. This is his time of need. I dearly hope that the court will see Gary for what he is; hard working, honest and philanthropic man who deserves and has earned the support of his friends and neighbors and the leniency if the court.

Very truly yours,

Stuart S. Russo
President
srusso@russoasset.com
Cel # (561) 693-8100

MILLBURN PHYSICAL THERAPY CENTER

**DR. MARK GOLDFARB**
**25 EAST WILLOW STREET**
**MILLBURN, NEW JERSEY 07041**

4/28/10

**To the United States Attorney's Office,**

Gary Brustein has been a friend of mine for over 30 years.  Gary is a wonderful man and has always been a leader in his community.  I have never known him to irresponsible.  I have always known him to be a hard worker and great family man.  Gary is "genuine". WHAT YOU SEE IS WHAT HE IS.

I suffered a heart attack 12 years ago and Gary was one of the first people to call my wife Laurie.  Gary actually tracked me down in the hospital to cheer me up.  I had no idea how he even heard about it within 24 hours (I live in Jersey).  I have never known Gary to lie or lack integrity.  He sold me a car that I was nervous about the cost.  He assured me that any time I wanted to sell the car he would get me out for at least for what I paid. That day came (due to illness) and Gary had the car shipped to his lot and 24 hours later I received a check for what I had paid for the car.

I have always known Gary to participate with charities that needed his support. Gary never makes you ask twice. He has raised thousands of dollars for charity that would never have happened without his participation.  Gary and Lisa have raised two wonderful successful children that love and respect him.  I have never written a letter like this for anyone so please excuse my rambling.  In my opinion Gary is and will continue to be a valuable member of his community.  I understand the situation that Gary is currently dealing with and I wish to make it clear that this has not changed my opinion of him.  He is a loyal friend that his actions speak far louder than words for over 30 years.

Sincerely,

Mark Goldfarb

# WORLDCOM TITLE CORP

55 BRYANT AVENUE, SUITE 300, ROSLYN, NY, 11576

PHONE: 516-625-3900   FAX: 516-625-3930   WEB: WORLDCOMTITLECORP.COM

United States Attorney Office
1 Saint Andrews Place
New York, NY   10007

Re:  Gary Brustein

To Whom It May Concern:

I am writing this character reference letter on behalf of my good friend, confidant and business associate Mr. Gary Brustein.

I am aware of the pending charges against Gary at this time.  Gary and I have shared both business and personal relationships for well over a decade now.

On a business level, we have successfully negotiated sales and services for years.  Gary has always been a man of his word and lives up to his obligations with style.  I will continue this well respected relationship.

Most importantly, I would like to talk about character.  As our business relationship grew, so did our friendship.  We shared not only friendly dinners and parties, but most importantly we shared our families and homes.

Our families have been integrated for nearly 2 decades.  I attended college with his brother in the '80's, and now, Gary's children and my nieces attend school together.  We have lived in the same town and share many community philanthropic interests together.

Gary has always been a man of his word.  I trust him emphatically in every capacity, both business and personal.  He is the type of man that we, the America's, need more of.

If you would like to speak with me personally please do not hesitate to call me directly.  My thanks in advance for your consideration with this matter.

Very truly yours,

Scott Neher
President

William J Solomon
4242 lomo Alto Dr.
Dallas, texas. 75219 #N62

**VIA EMAIL**

May 3, 2010

The United States District Attorney
New York, NY

Re: Gary Brustein Character Reference

To Whom it may concern:

My name is William Solomon. I am a life long friend of Gary Brustein. I am aware of the allegations and charges against him. I write this brief letter on Gary's behalf as he is my best friend in this world. I hope my expressions convey the sincerity with which I mean them and are considered for all purposes.

I was born and grew up in New York. My Father passed away thirty years ago when Gary and I were young men. My father was a successful businessman when he died. While I have an older sister and while Gary was not related to my family by blood, he was a brother to me   and a second son to my father.

Gary and I have shared the most important experiences In life together. I was with Gary the day he met his future wife Lisa, the mother of his two outstanding children , Lindsay and Jordan. We have shared birthdays and holidays, births of our children, and all aspects of life, joyous and sad alike. I have had a front row seat in Gary's life as I have watched him be a dedicated and loving husband, father, and citizen. I have seen his two children grow from babies to being academically accomplished and stellar young adults. Gary has instilled in his children the values of striving hard for themselves but

caring deeply for others and their communities. I have witnessed Gary working hard and honestly. I have seen him start a fledgling car business at a young age and building his business, creating hundreds of jobs for other in the process. I have seen Gary engaged in his community and honoring his faith.. I have seen 'my brother" dedicate himself to his values of family, work, faith and community.

While I do not profess the knowledge of the basis of what charges have been brought against Gary, I do know he and his family have suffered tremendously .Gary's business has been taken, his dignity destroyed. I have seen the devastation on his wife and children. I certainly know that Gary is a caring, loving and beautiful person, a tremendous father, husband and friend.

In short , I am proud to speak about the good character of my dear friend Gary Brustein . Thank you for your consideration.

Sincerely,

William Solomon

**Jill Landow**
**10 Ormond Park Road**
**Brookville, NY 11545**
**516-639-6042**

April 25, 2010
United States Attorney's office
Re: Gary Brustein

To Whom it May Concern;

I have known Mr Gary Brustein for over eighteen years and I am both proud and honored to write a character letter on his behalf. My relationship with Gary is entirely of a frienship/ social nature as our children met in the first grade and have been like brothers ever since. Subsequently we have all become extremely close sharing holidays, vacations and most importantly a very valuable family friendship.

I am a wife and mother of three boys ages 19, 18 and 14. That is my career and I take my job most seriously. I also recognize the important influnces both family and friends have on our children as we raise them to be integral productive members of society. To that end, I take great pride and concern in regard to friendships and the influence this might have on my children.

To describe Gary in my childrens words would be to say he is "A Super Hero"; a champion for the underdog and his cause is every childs self esteem.

I have personally witnessed Garys positive influnce as he purposefully chose the weaker athlete when coaching a baseball team with my husband. He would work extra hard, often after practice was over, to ensure this child met with sucess. He made sure the child was embraced by the other teammates as a valuable member of the team as well as a friend. The lessons he lead by example that season, I am sure had a great impact on all the boys in numerous ways.

I have had the pleasure to watch my boys eyes light up as Gary would discuss a putt my son Austin had while sharing a round of golf or a lacrosse goal my son Max made during a school game. He has the uncanny ability to make every child feel special and his enthusiasm for their acomplishments is
so obviously genuine.

Gary is a very active member of the community and lends his support and influence to many charitable events. I would also like to note that these causes have no personal ties to the Brustein Family other than their compasion for others.

I can continue on with an unlimited number of examples of Garys integrity, selflesness, compassion, honesty and ethics, but to do so would be redundant. It is clear that Gary has and continues to be an important and highly reguarded member of this community. I speak for my entire family when I say it is a privilidge to call Gary, as well as the Brustein family, both dear and higly respected friends.

I am aware of the accusations made against Gary Brustein and I stand firm in my highest regard of his character.

Sincerely,

Mr. & Mrs. Vincent Dell
97 Hidden Ponds Circle
Smithtown, NY 11787

April 29, 2010

United States Attorney's Office

To Whom It May Concern:

When a dear friend and respected colleague faces adversity in life, such as now is the case for Mr.Gary Brustein, it is often only the support and encouragement of friends and family that can appease the situation and perhaps salvage a reputation. This is what brings my wife and I to write this letter today. With the greatest sincerity, we wish to attest to the fine character of Gary Brustein and hope to affirm this image with your esteemed office.

Our relationship with Mr. Brustein has extended the span of 20 years both professionally and personally. Having both come into the automobile industry, we have each experienced success as well as devastating losses. Most individuals will be around during the triumphs, but through all phases of our journey, our friend has been one of very few who actually had our backs. He was there for us with his compassion, support, advice, encouraging phone calls and business acumen. Most importantly, at a time when we had our worst financial setback, Mr. Brustein actually gave me a job, though he was fully staffed at the time. I accepted this position he created for my benefit solely, and it turned into a ten year commitment thus far. In fact, I would sign on to another ten years or more, should Mr. Brustein so desire.

Fully aware of the serious charges Mr. Brustein now faces, our respect and opinion of him are not altered, nor will they ever be. We are devoted friends, for he is a truly loyal individual who helps his fellow human beings to his fullest capacity. Mr. Brustein's good nature and integrity are genuine. We humbly implore you to ponder these facts as you consider any potential leniency that is appropriated in your power.

Respectfully,

Vincent and Lisa Dell

# DRS. LAZAR, COYLE & AKL
### DENTISTRY FOR AESTHETIC ENHANCEMENT

The United States Attorney Office                                                       5-1-2010
Re: Gary Burstein

To whom it may concern:

I am writing this letter to vouch for the character of Gary Burstein. I have known Gary as a friend and as my dental patient for more than 25 years. Gary is an amazing person who exemplifies an inordinate amount of qualities. He has proven himself to always be reliable not only as a friend, but also as my automobile dealer. I have purchased numerous cars from Gary because of his honesty and integrity. I knew that if I bought a car Gary, I would buy quality. Gary prides himself in keeping his customers happy and has always stood behind anything that he sold me.

My relationship with Gary developed from a doctor-patient relationship into a friendship. I have socialized with Gary on numerous occasions including the charity events that he coordinated for Multiple Sclerosis and Autism. Gary's hard work has raised large sums of money for many charities. He is an asset to our community and his zeal to do things for others is unsurpassed.

I have also been witness to *Gary's* positive attributes as a father and husband. His love for his wife and children is evident for all to see. Gary is extremely involved with his family, which I believe, has kept him in balance with his business and social lives. Even though Gary works extremely long hours, he always leaves enough quality time to spend with his family.

I am aware of the charges that have been brought against Gary. These charges have not at all influenced my opinion of him. Gary is a fine individual and I am proud to call him my friend.

Sincerely,

Dr. Michael Lazar

MICHAEL LAZAR, DDS
DANIEL F COYLE, DDS
PETER L AKL, DDS, PC

*800 Woodbury Road, Suite B  Woodbury, NY 11797*
PH 516-921-0222  FX 516-921-0937
WWW.WOODBURYSMILE.COM

24607 FRANCIS LEWIS BLVD.
ROSEDALE, NY 11422
(718) 712-2800
Fax (718) 712-7840

# CHAMPION ADJUSTMENT CO., LLC

April 29, 2010

The U.S. Attorney's Office

Re:   **Gary Brustein**

To Whom It May Concern,

My name is Glen Rosenbloom and I would like to speak about my dear friend,
Gary Brustein.

I have known Gary for 18 years.  My wife and I were introduced to the Brustein
family through my daughter, Hallie, who became friends with Gary's daughter,
Lindsey in Kindergarten.

To this day, Hallie and Lindsey remain the very best of friends.  It is through their
shared friendship that our personal relationship grew.  My son Bryce and Gary's
son, Jordan are the same age too.  Our wives are great friends.

Our families have shared in each other's many family milestones over the past 18
years.  Through birthdays, Bar and Bat Mitzvah's, High School and College
Graduations and holiday vacations, we have developed a close and loving
relationship with each other and our families that I consider Gary as if he was one
of my own brother's.

Upon hearing of the very personal situation that occurred recently with Gary, my
family simply reached out to Gary; we spoke to him, his wife and his family to
affirm that my family  was there for Gary and for his entire family at any time.

Under no circumstances does my opinion of this great and loving father and
husband change the way that I feel after this personal matter.  Gary has proved to
be a loyal and dear friend over the past 18 years and I stand by him as a brother.

I can honestly say that Gary is the only friend that I would trust other than myself

to help guide and teach my son, Bryce, a developmentally challenged boy who was coached by Gary in the Jericho Athletic Association.  He was kind and patient with my son as if Bryce was his own.

In closing, I hope that this character reference can give you some insight into the man that I know and consider to be the dearest friend a guy could ever have.

Very truly yours,

Glen Rosenbloom

AMELIA FEINGOLD
17759 FOXBOROUGH LANE
BOCA RATON, FL 33496


April 23, 2010

To:    United States Attorneys Office
       New York, New York


RE:    Letter in support of Gary Brustein


To whom it may concern,

        My name is Amelia Feingold and Gary Brustein is my son in law. He has been married to my daughter Lisa for over 25 years. I know Gary for 29 years and he has always been a very loving supportive and honorable hard working man. He built a business through hard work and very long hours to make sure he was able to provide for his family. He was always ready to help me or any family member or friend whenever in need. He is an extremely devoted father, husband and son.

        He has two wonderful talented children who learned proper values from their father and mother on how important it is to work hard to achieve goals and always be proud of yourself. Both children are now currently in college and graduate school.

        Gary has been there for me over the years and has been more than a son to me. He has helped me through my problems with my husband who was diagnosed with Dementia over five years ago. He is always available and is there for me whether I need him or not. I am aware of the accusations against Gary and it does not change my opinion of him. I love him dearly.

        Gary is the most unselfish giving man I know and always puts others in front of himself. He is a man of substance.


Sincerely,

Amelia Feingold

Laleh Gottleb
16501 Via Venetia E
Delray Beach, FL
33484
561-706-6731

5/5/10

TO: United States Attorney's Office

RE: Letter in support of Gary Brustein

To Whom it may Concern,

My name is Laleh Gottheb and Gary Brustein has been my Brother in law for almost 10 years. For the approximate 10 years I know Gary, I have always found him to be very caring, and giving to his family, friends and community. Every time we would meet at family gatherings he would always take a sincere interest in me and my family's life. He is a very supportive Father and husband who works extremely hard and very long hours to support his family. I have had the pleasure of seeing my niece and nephew (Gary's two children) grow up to be two remarkable kids who have learned to accomplish goals both in school and society while always having a strong commitment to family. Gary and his wife have done an amazing job raising their children and I know first hand how committed one must be to achieve the success they have had with their children as I have two young children of my own. Gary's enthusiastic nature, positive energy, caring character and strong work ethic have been instilled in his children by him and his wife and the accomplishments achieved have proved that all of their efforts over the last 20 plus years have paid off.

Every time Gary is in Florida for business, he makes visiting us a priority even if he just has an hour for a quick hug and a kiss. My children love their uncle Gary, because he makes them feel so special every time he sees them. He always brings positive energy love and joy and not to forget the toys for the kids. He has never forgotten a birthday nor a holiday wish. As busy as Gary has always been working 15 hour days he somehow always finds time to make everyone feel special when needed.

I am fully aware of the accusations against Gary and I have not changed my opinion of him. He is a very loving brother in law, husband and father. He is very kind hearted and a tremendous inspiration to his family and community. If the world had more people like Gary it would be a much better place. Please feel free to call me regarding and details of my letter. Thanking you in advance.

Sincerely,
Laleh Gottleb

Alberta Barbash & Edward Weisel
49 Everit Avenue
Hewlett, NY 11557

May 4, 2010

United States Attorney's Office

To Whom It May Concern:

We are writing on behalf of Gary Brustein, whom we have known for more than 25 years.

As his aunt and uncle, we have seen him grow from young adulthood to that of a skilled entrepreneur who takes the high road while conducting business. Gary has always been available to his children and provides the emotional support that is so important when shaping young lives. This is evident by the successes they both are having in college. He is an active member of the Jewish Congregation of Brookville, NY Law Enforcement Foundation and a member of the fund raising committee at Long Island Jewish Hospital.

In the years that we have known Gary we have found him to be ethical and above board and a person of good character and integrity. He is always willing to extend a helping hand to friends and relatives. We have never seen him act in an unethical manner of any sort. We are fully aware of the charges against Gary and would hope to see him exonerated and all charges dismissed. Fortunately, we live in a society that a person is presumed innocent unless and until proven guilty.

If you have any questions regarding our statement, please feel free to contact us at 516-569-8397.

Sincerely,

*Alberta Barbash*

Alberta Barbash

*Edward Weisel*

Edward Weisel

# Boca Pain Relief & Wellness Center

April 26, 2010

United States Attorney's Office
1 Saint Andrews Plaza
New York, New York 10007

Dear United States Attorney's Office:

I am writing this letter on behalf of my brother and friend Gary Brustein. Without hesitation I can truly say that he is a special person who has touched many lives. Growing up in a busy household we have all been very close. Gary is the second oldest of five children, four boys and a girl. He has always been a positive inspiration to others, his family and me. From younger years to date he has been a hard worker and has strived to achieve goals above expectations. As a person he has always gone out of his way for others in need. Whenever a friend would have a personal problem and needed his help, Gary would be there until they got back on their feet.

As a family man, Gary has always been very devoted to his wife, children, siblings and elderly parents. When our parents moved to Florida, he constantly flew back and forth to help take care of them. In recent years our dad was diagnosed with congestive heart failure and his health began to decline. Gary would come as often as he could to spend as much time with our father and help out. Unfortunately our dad passed this March and Gary has been our "ROCK" helping to support our mother and siblings and keeping us as strong as possible. He has and always will be a tremendous help for the Brustein family.

With respect to the community at large, Gary is also kind and considerate. Over the years he has donated personal funds to various charities and/or has devoted a significant amount of time raising money for such charities as: The Colitis, Ileitis and Crones Foundation, Autism, Multiple Sclerosis, Rising Stars (children in need), American Heart Association, Tuesdays Children (children left without fathers from 9/11), the P.B.A. and the Long Island Jewish Women's Hospital.

# Boca Pain Relief & Wellness Center

Approximately two years ago when the economy began to decline, Gary's business likewise declined at a rapid pace. Day after day he conveyed to me that his business was struggling and he worried about keeping his doors open. Many weeks he would sacrifice his own salary to give tight funds to one of his employees who fell behind on their mortgage payment and/or had needs greater than his. His heartfelt giving nature has always been a tremendous attribute. At a certain point, the business was not able to sustain itself and the only option was to file chapter 11 (reorganization) bankruptcy. As a result of the bankruptcy, Gary lost his building and the business that he worked his entire life to build. I praise him repetitively for striving to get back on his feet and maintaining his positive outlook. Subsequently, new investors came on board and offered him an employee position as they knew he was a tremendous asset. Accepting the position, Gary began working harder than ever to rebuild the business and his life. Unfortunately, following the filing of the present charges against him, Gary was immediately terminated from his position. Even more unfortunate, there was no direct communication from the new investors as to what Gary's actual involvement was in this circumstance. He was guilty until proven innocent as far as they were concerned. Thus, Gary is now faced with additional hardships as to how he will be able to support his children's educations, his home and outstanding bills. It's hard to phantom how instantaneously a person could potentially lose everything overnight.

Hearing the news of his pending charges has been devastating for me as well as our entire family. However, I believe with all my heart that it does not change my opinions of Gary's outstanding qualities in any way. We all ask that you kindly consider giving Gary the opportunity to start over and rebuild his life by dismissing these charges. Our family will support him any way we can and hope for a favorable outcome. Thank you for your time and consideration regarding this matter.

Sincerely,

*Dr. Alan A. Brustein, D.C.*

DR. ALAN A. BRUSTEIN

Lisa S. Brustein
14 Emerson Road
Brookville, New York 11545
516 626 4797

**ATTENTION UNITED STATES ATTORNEY'S OFFICE**
**LETTER IN SUPPORT OF – GARY L. BRUSTEIN**                    April 30,2010

To whom it may concern,
My name is Lisa Brustein and I have known Gary Brustein since I am nineteen years old (almost
29 years). We are happily married for 25 years. From the moment I met Gary, I knew I had come
across a very special and unique individual. What started out as a friendly introduction
developed into such a valued closeness months before we even had our very first date. I knew
immediately this was a friend I wanted in my life forever. He has a natural "gift" for people; all
walks of life. He prides himself in being a person that makes the time for anyone and lives his
life that he is no better than the next. Caring, charismatic, loyal, honest, loving, and sensitive…
These are just a few describing words that come to mind when I think of Gary Brustein.

His inherent work-drive in unmatched by anyone I have ever met in my life. In the life of Gary
Brustein, there are 48 hours in the typical 24-hour day. He finds the time for people and things
that the average person would simply save for the next day or never address. He has an infectious
energy that displays his passion for anything he puts his mind to.

Since Gary was a small boy, he had a passion and love for automobiles. He worked and saved to
buy his very first car at 17. He was so thrilled with the car that this led to him applying for an
Automobile Dealer's license in Nassau County and then would buy and sell cars from his
driveway and advertise through local newspapers. Well, this passion developed into a career. He
worked hard and saved for years. I personally watched him start his car dealership from a small
trailer on a dirt lot. I remember him obsessing as to what the name of this business should be. At
first I reacted, "They all sound good," but Gary's passion was deeper than I realized. He finally
decided on the name "Champion Motors." Gary's reason? By definition, Champion is a
"winner." And thinking deeply into every detail (as Gary always does), he wanted every license
plate frame to read "Another Champion". He felt no matter what the price point of the car, and
whoever drove off that dirt lot with a car, Gary wanted them to all feel they were leaving with
their dream and feel like a "winner." As the years passed, he built and worked with such a vision
and drive eventually building Champion Motors into a tremendous and highly regarded
enterprise. Once again, Gary turned his vision into a reality. He has always been and is always an
inspiration to everyone of all ages. Gary is referred to as the person that can make a dream come
true.

Gary was also blessed with a natural "gift" for gab. He talks and takes a interest in just about
anyone he comes into contact with. One may initially assume this comes with the work territory,
however that is not the case. He has a genuine interest in people and loves to hear everyone's
story. He never has a jealous bone in his body, and he always stays focused and works hard. He
always helps those in need and loves to hear a great success story. It has always amazed me how

many people know Gary and how many of them would turn to him for advice or guidance in life. Once again, his infectious energy is recognized by many, many people.

Gary and I have raised two wonderful children. Our daughter just turned 23 and our son will be 20 years old next month. Together, we taught our children to treat people how they would like to be treated and that they are no better than the next person. I remember when our children started kindergarten Gary would say, "Go to school and be like a sponge. If you soak up all you can, you can do anything you want." Well, I'm proud to say they have inherited that positive drive as well. Our daughter graduated from the University of Pennsylvania within the past year and is now attending New York University to receive her Masters degree. Our son is finishing up his sophomore year at the University of Michigan. Both of our children worked very hard to receive admission to their first choice school. Excelling in academics, volunteering in numerous community service, and participating in many organized sports, our children are always encouraged and fully supported by Gary and myself. This reinforces that you can make your dreams come true.

Gary always makes the time to be a very involved father. He coached both our children in the many sports they played. I remember when our daughter was young and Gary coached her softball team. She was excited assuming she would automatically get the shortstop position (since her Dad was coaching). She was initially disappointed when the position was given to the girl that was best-suited for that position. Gary explained to our daughter that we are a team and we need to act in the best interest of the team. She understood and this taught her a valuable lesson as well. Another trait I admire greatly is in our son. He is the type of boy that would never talk about his winning goal but rather praise his teammate for making the assist. These are quality traits I can proudly say are constantly reinforced by their Dad. Be all you can be, always be there for a family or friend in need, we are not better than the next, and work hard and you will achieve… In teaching our children, both Gary and myself absolutely practice what we preach.

Gary is an active member in our community and is always looking for ways to be involved in charitable organizations.  He sits on the Board of Directors for several organizations. He is truly liked and well respected by so many people.
I am fully aware of the charges that have been brought upon my husband, Gary Brustein. This does not change my opinion of him as a person at all. We just celebrated our 25th wedding anniversary on April 14th, just 8 days after this charge occurred and I support and stand by my husband now and forever. In my heart, I know how proud and lucky I am to be Mrs. Gary Brustein.

If you need any further information please feel free to contact me.

Sincerely,

Lisa Brustein
Lisa Brustein



**REGENT WEALTH MANAGEMENT GROUP**
REGISTERED INVESTMENT ADVISOR

April 26, 2010

United States Attorneys Office

I have known Gary Brustein since we were five years old...almost 50 years. We lived on the same street, just a few houses away and were in the same grade. Our families were close and still remain so. His dad was our dentist, a wonderful human being.

Gary was always a hard worker and nobody gave him anything. To this day, he is a loyal friend and one of my closest. Although we do not get to see each other that often, since we live in different states, we never miss calling each other on birthdays and special occasions.

Years ago I attended a workshop on leadership.  They wanted us to think about who is our role model, someone you admire, respect, and possesses the traits that you believe are necessary to achieve success. Many people struggled with their answer. Not me, it was easy...my friend Gary.

My company manages several hundred million dollars for high net worth individuals. We have never had a complaint or a lawsuit in the 25 plus years we have been in business.

Choosing the right role model was certainly one reason for our success.

Very Truly Yours,

Alan P. Weiss, CFP, CPA
President

# JCB
**Jewish Congregation of Brookville** • 366 North Broadway •Suite 202 • Jericho • New York • 11753

Rabbi Steven Heneson Moskowitz
Talya Smilowitz, Cantorial Soloist
Kim Bertash, Educational Director
Marie Pindus • Debbie Rechler, Co-Presidents

April 26, 2010

United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

To whom it may concern,

This letter is written in behalf of Gary Brustein.

I am the rabbi of the Jewish Congregation of Brookville. In this capacity I have known Gary for over 10 years. He and his family have been members of my synagogue for these years and continue to participate in synagogue life. I have had the privilege of officiating at his daughter's and son's b'nai mitzvah and recently helped to provide comfort after the death of Gary's father.

I am aware of the charges filed against Gary because of various articles in the press. Despite these my opinion about Gary has not changed. I have always found him to be a loving father. He and his wife Lisa have raised two wonderful children. Lindsay and Jordan are two caring young people. I am proud to have served as their teacher.

Gary has also generously shared his time with my family, sharing his passion for cars with my son and father. His friendliness and love of people are contagious.

Thank you for your willingness to consider my opinion in adjudicating your decision.

Sincerely,

Rabbi Steven Moskowitz

INGRID P. TAFF, M.D.

PEDIATRIC NEUROLOGY

1010  NORTHERN BOULEVARD

SUITE 130

GREAT NECK, NEW YORK 11021

FAX (516) 829-1761

TELEPHONE (516) 829-5555

April 30, 2010

To Whom It May Concern:

Please be advised that I have known my Gary Brustein for more than 15 years. Our sons, who are now sophomores in college, have been friends since Kindergarten and have played sports together throughout Grade School, Middle School and High School.

Over the years, my husband and I have become good friends with Gary and his wife, Lisa and have spent a lot of time together both through our sons and their activities, as well as socially. I therefore feel that I can vouch for Gary's character and integrity without any hesitation.

Also, I am Board Certified in Neurology and Psychiatry and have been practicing for more than 20 years. Therefore, I feel that my professional experience allows me further better insight in a person's psyche and personality.

In my opinion, Gary Brustein is and has always been an upstanding caring, supportive friend and neighbor with strong family values. Through his hard work, dedication and determination, he has taken great pride at becoming extremely successful in his business endeavors.

I am aware of the allegations that Gary is presently facing. I believe that they are completely incongruent with the person that I know and respect.

Sincerely,

Ingrid Taff, M.D.

**Harvey Sanders**
**355 Wheatley Road**
**Old Westbury, New York 11568**

April 25, 2010

The United States Attorney's Office
Re: Gary Brustein

Dear Sir or Madam:

I have known Gary Brustein for the past sixteen years as a neighbor and friend in Jericho. His son and mine have grown up together and Gary has always been a loving and involved parent. We have been together on numerous occasions, everywhere from the athletic fields to school related activities, and I have seen the positive influence he has had on both our children and our community. He has always been generous with his time and support.

I have been made aware of the charges that are being brought against Gary. My feelings towards him and his family remain loyal and supportive, as I only know him as a fine individual and a charitable member of our community.

As you move forward in your deliberations, I would ask that you keep these facts in mind. His actions in his everyday life speak volumes about his character. Gary is a good man, and surely at this troubling time, that should remain an important consideration.

Sincerely

Harvey Sanders

# I. FRIEDMAN & SON Jewelers INC.

**ESTABLISHED 1922**

DIAMONDS
FINE JEWELRY

RICHARD FRIEDMAN
PRESIDENT

10 WEST 47TH STREET • NEW YORK, N.Y. 10036
TELEPHONE: (212) 944-8090
FAX: (212) 398-1963

April 27, 2010

To Whom It May Concern:

This letter is written on behalf of Gary Brustein.

I have known Gary Brustein for several years both on a business and personal level. During this time I have known Gary to be an honest and trustworthy individual. I have always found Gary to act in a professional manner.

During the past few years, I have had numerous business dealings with Gary's company, Champion Motor Group, and have always found Gary to be a man of his word.

I also know Gary's family. His wife and children are lovely and provide Gary with strong, solid support. In return, Gary has been a good family man.

Gary has also been very charitable and philanthropic. He has not only donated money to various charities but has devoted his time as well.

I would ask that you take this into consideration in your decisions concerning Gary.

Very truly yours,

Robert C. Friedman

RGF:hsl



# COHEN'S
### Fashion Optical

*May 11th 2010*

*To Whom It May Concern,*

     *I have known Gary Brustein for over 20 years. Gary and I met when he was working in the car industry with my wife. We instantly became good friends, and as our families grew up together, our friendship grew as well. Gary is a true entrepreneur and he is known in our community to be honest, upfront, committed and extremely hard working. I know many people who have had business dealings with Gary over the years and they have always found him to be loyal and trustworthy. Gary has built up a tremendous following within the high-end car industry and is the go-to person for anyone who is buying or selling a luxury car in our community.*

     *When the economy took a turn for the worst, so did Gary's business. As the owner of a high-end car dealership, featuring brands like Bentley and Ferrari, his business greatly suffered during the recession because such luxury vehicles were no longer viable options for people who would have readily leased or bought these cars in the past. Gary and I talked frequently during this time and the stress and desperation in his voice was evident. He had a mortgage to pay, a family to feed, two children in college and one about to enter graduate school. What was he going to do? And when he thought he had hit the bottom, it only got worse. The economy continued to dip and Gary's business was forced to file for bankruptcy. Never have I seen my friend so down. He was so dedicated to providing for his family that the loss of revenue from his business really affected him. Gary never worried about himself, but rather about his wife and children, their education, and their futures. What took 20 years to build was lost in less than 2 years. It is hard when your dreams are shattered in an instant, and I praise Gary for his ability to keep going, keep moving, and see that there are greener and brighter pastures ahead. Gary will always be my best friend and I look forward to our families continuing to grow together.*

*Sincerely,*

*Dr. Alan Cohen*

 

# Ferrari and Maserati of Long Island

April 26, 2010

United States Attorneys Office
Southern District of New York

While I know nothing about the criminal charges filed against Gary Brustein beyond that which I have read in the newspaper, I am writing this letter to address the Gary Brustein that I know as a friend, a business associate, and a competitor over the past three decades.

Gary was a vendor to me for many cars for many years and more recently we had a relationship of being competitors as our businesses were located near each other.

When I purchased Mercedes-Benz of Massapequa in 2004, Gary reached out and offered me the opportunity to sell cars to his Champion Leasing Company. It was an offer that was very much needed and appreciated at the time. For the past 3 or 4 years, Gary and I have competed in business as I ran Ferrari-Maserati of L.I. and he owned Bentley and Lamborghini of L.I. Gary, Lisa, and his children attended my 60th birthday party and I considered them friends and our families (and businesses) crossed paths frequently. I was both saddened and shocked to hear these charges and have no ability or desire to comment on anything to do with the legal process.

Gary is one of the hardest working men I have ever met. This does not mean the most successful; it means that he is dedicated himself to his business and works harder than I have ever seen anyone work. This work ethic was never more needed than the last 2 years as the auto world has suffered greatly.

I have watched Gary raise two very special children. Never did I hear a bad word about either and, I believe they both attended Ivy League colleges. In the few times that I met his parents, I sensed a similarly warm and loving family. Ironically, before I learned of these charges, I had discussed the idea of hiring Gary to help us grow our "high line" auto sales. He has tremendous skills in this area and his work ethic is beyond question. If this case is resolved with dismissal of current charges, I would very much like the opportunity to offer him a fresh start and be able to benefit my companies at the same time. I hope this letter has been helpful and will provide law enforcement with data and information to better enable it to do its job. Thank you.

Sincerely,

Stuart Hayim

45 South Service Road
Plainview, NY 11803
Phone: 516.671.7575 Sales
Fax 516-671-2825

WWW.FERRARIMASERATI.COM

**LORI HABER JENIS**
**ATTORNEY AT LAW**
**302 VISTA DRIVE**
**JERICHO, NEW YORK 11753**
**(516) 935-0709**
**(516) 935-1919 fax**
**ljenis@jerichofd.com**

April 28, 2010

RE:

Dear Sir or Madam:

I have known Gary Brustein for more than 15 years.  During this time I have dealt with and have observed Gary in his various roles as a businessman, father,  and community leader. In each instance, I know Gary to be fair, kind, and generous.

I met Gary in 1994 when our sons, then in pre-school, became friends.  His devotion to family impressed me then, and continues unabated as our boys are now sophomores in college.

Gary  has  consistently been active in our community.  He coached and sponsored local little league and soccer teams for a decade. He brought spirit and taught fair play to hundreds of children, including my own.  Gary has also contributed to other causes and charities, including  supporting health research and furthering academic excellence.   He has always set a good example as evidenced by his own children's continuing involvement in community service.

I am aware of the charges filed against Gary Brustein and my opinion of his character, specifically his unselfishness, his inherent good nature, and the positive effect he continues to have on his family, friends, and many others, has not changed.

I am an attorney licensed to practice in the state of New York, a volunteer member of the Jericho Fire Department, New York State certified EMT-B, volunteer member of the NYS Bar Association Lawyers Assistance Program, and member of the Jericho Union Free School District-wide Safety Team.   I am an active member of my community with strong ties to health and safety issues.

Please do not hesitate to contact me if I can be of any further assistance in this matter.

Very truly yours,

Lori Haber Jenis

http://mail.rszpc.com/cgi-bin/viewmail.exe?id=01af07002f0e0fe8baa.

various

**From:** Stuart Hayim <boss@ferrarili.com>

**To:** rsz@rszpc.com
**Cc:**

**Date:** Monday, April 26, 2010 04:43 pm
**Subject:** various

Randy, this is a really weird letter to write, especially because it addresses both great and terrible subjects.

As to the former, as I mentioned to you today, your mother was the ONLY person who ever wrote me a "thank you" note, let alone send me a gift for selling her a car! Obviously I never forgot that, nor did I ever fail to appreciate her effort. While I am sorry to learn she has to go thru chemo, it does give me a chance to reach out. I was sick in Spring 1979 and was, at the time, visited by an old high school friend who himself had gone thru CA 10 years earlier (1969!). His mere visit , his presence was, in and of itself, enough to inspire and motivate me. It gave me 2 vital things: Hope and Inspiration. Here is my point: I have been gratefully healthy for over 30 years and my high school friend? I went to his 60th B-day party last year, he is FINE.

Randy, my hope is that this story will provide HOPE and INSPIRATION for your mom. She deserves it and it is REAL. There are SO many good stories, why dwell on the bad? Conclusion: Please ask her if she wants to speak with me or have a coffee OK? I would love it and I suspect it will do her a world of good. It would be MY pleasure as well!

Re Gary, I have decided, after a LOT of soul searching, work and even expenses, to go ahead and write this letter. I have done it and it is enroute to your office tonight. I hope it will help. My only comment is this - and I would be gypping myself if I failed to say this – if I ever learn that Gary WAS indeed selling drugs, regardless of how few, I swear I will write a 2nd letter and UN-do my statement.

Randy, I can tolerate a lot of errors,. I am FAR from perfect and was, in fact, addicted to Quaaludes myself at 32 years old (long story and, in fact, my own addiction is why, I believe, I got sick (see Para 1 above) IN THE 1ST PLACE~!) In any case, I can understand a lot of things, I cannot grasp or understand or fathom selling drugs. If so, the recipients of such drugs were the young versions of me at 32 as described above. To me this is equal or below child molestation. I learned in AA that there are only 3 ways out for an addict— institution, prison, or the cemetery. A drug dealer charts those 3 courses for strangers (often young children) to whom, he sells. I just can find NO way to understand or rationalize this crime. NONE. Sorry to pontificate but I would not be true to self if I failed to speak my mind.

Having said that, I DO hope that Gary will find a better life, I am glad to help a 30 year friend and I DO remain hopeful to someday be able to do (car) business together.

Let me know re your mom OK Randy? It was my pleasure to speak with you again and. Most of all, I hope this note finds you in only the very best of HEALTH!

**Attachments:**

4/27/2010 8:06 PM

UNITED STATES ATTORNEYS OFFICE


I have known Gary Brustein for over 15 years and worked for him from 2004 till recently. After I started working for Champion Motor Group Inc. in 2004 we subsequently have become close friends. It is a friendship I truly cherish. He has proven to be a loyal and giving friend. I have had the pleasure of seeing him run his life with some dignity. Before working for him i had business dealings with him as well and have found him to be a fair and honest business man. I know he is a good father and provider for his son and daughter and he is a good husband to his wife Lisa. I am aware of his arrest in this drug case but I still feel the same about his true nature. I plead with you to give him the opportunity to go on with his life and live a productive and socially conscious life.

If there is anything else you need to know please don't hesitate to contact me at work 516-367-9600 or on my cell# 516-521-8860.


Sincerely;


Kevin Buxbaum



**ORTHOPAEDIC SPECIALTY GROUP, P.C.**
Exceptional People. Exceptional Care.

WWW.OSGPC.COM

7S Kings Highway Cutoff
Fairfield, CT 06824
Tel  (203) 337-2600
Fax  (203) 337-2621

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax  (203) 378-6077

Two Enterprise Drive, Suite 204
Shelton, CT 06484
Tel  (203) 944-0042
Fax  (203) 944-5428

Murray A. Morrison, M.D., F.A.C.S.
Joint Replacement

Herbert I. Hermele, M.D., F.A.C.S.
General Orthopaedics

Robert V. Dawe, M.D., F.A.C.S.
Spinal Surgery
Pediatric Orthopaedics

Robert A. Stanton, M.D., F.A.C.S.
Arthroscopic Surgery
Sports Medicine

David F. Bindelglass, M.D., F.A.C.S.
Joint Replacement

Dante A. Brittis, M.D.
Shoulder & Knee Surgery
Sports Medicine

Henry A. Backe, Jr., M.D.
Joint Replacement
Hand Surgery

Rolf H. Langeland, M.D.
Sports Medicine/Shoulder Surgery
Trauma Reconstructive Surgery

Michael F. Saffir, M.D.
Physical Medicine
Pain Management

Patrick W. Kwok, M.D.
Sports Medicine/Arthroscopy
Shoulder/Elbow/Knee Surgery

Lawrence P. Kirschbaum, M.D.
Director of Interventional Pain Medicine

Joel W. Malin, M.D.
Joint Replacement

Perry A. Shear, M.D.
Neurological & Spine Surgery

John N. Awad, M.D.
Spinal Surgery

Jerold M. Perlman, M.D.
General Orthopaedics

James J. FitzGibbons, M.D.
Sports Medicine

Ross J. Richer, M.D.
Hand & Upper Extremity

Kathy DeLucia, P.A.-C.
Amy Haydon-Ryan, P.A.-C.
Fiore Soviero, P.A.-C.
Nicole Lay, P.A.-C.
Mark Johnson, P.A.-C.
Lynn Stramaglia, P.A.-C.
Sherri Robtoy, P.A.-C.
Caroline Saleeby, P.A.-C.

To: United States Attorney's Office

Re:  Character reference - Mr. Gary Brustein

To Whom It May Concern:

Gary Brustein and I grew up in the same neighborhood and have been friends for almost 50 years.  I have always admired and respected Gary for his many outstanding qualities.  Growing up, Gary and I have shared many experiences.  He has always been a supportive and trust worthy friend.  Gary was always sensitive to others feelings and his loyalty as a friend was unwavering.  He has lived his life with integrity and honesty

Gary was raised by parents who brought their children up with a lot of love and strong family values.  Gary was always devoted to his family.  His parents were hard working people who raised their five children to have a strong work ethic, to care for others and to give back to the community.

Living in Connecticut the past 20 years has made it difficult to see Gary on a frequent basis.  Despite these circumstances, Gary has been a loyal friend who made it to every special occasion in my family's life.  I can also count on a birthday phone call from Gary every year.

Despite the charges being brought up against Gary, I can say in no uncertain terms, that it has not altered my opinion of Gary's character.

Respectfully Submitted,

Lawrence Kirschenbaum, M.D.
Associate Clinical Professor
Yale University School of Medicine
Director, Interventional Pain Medicine
Orthopaedic  Specialty Group
Fairfield, CT  06824

# TEENA POMERANTZ

6768 Heritage Grande
Boynton Beach, Fl 33437
(561)929-8997
tapmarketing@gmail.com

May 5, 2010

US District Attorney,

I am writing this letter on behalf of Gary Brustein.  I have known Gary and the Brustein family for at least 45 years.  In that time I've known Gary to be hard working and of high integrity.  He was a role model to his peers and associates at an early age and continuously.  He is a good father, a caring and devoted son and an excellent brother.

We lived in the same neighborhood and went to the same elementary, middle and high schools.  Throughout the "early" years Gary was very popular and outgoing.  Although I was younger, he always treated me well and I looked up to him.  He was always outgoing and very charismatic.  This contributed to his success throughout the years.

He participated in sports and was always fair, honest and friendly.  We worked together for the temple caterer, and Gary drove me home at the end of each work night.  We spoke at great length about his dreams and goals, many (if not all) he accomplished in later years.

My father passed away 18 years ago.  He was very fond of Gary, they spoke often in those early years about continuing his education and life in general.  There are many more good and telling displays of his nature.  Gary gave my younger brother a job at Guys & Dolls, it was a great experience for him, his first job.  As the years went by, Gary continued to display good character and work ethic through various business ventures.  He married and has a beautiful family.  I recently spent time with them, after his dad died in April 2010.

I am aware of the charges against him and they are totally out of character.  They do not "fit" the person.  I strongly hope they will be dismissed and he will recover the fine reputation he has had through out the years.

Sincerely,

Teena Pomerantz




Innovative Medical Solutions

May 7, 2010

US Attorney General Offices

To Whom it May Concern;

This is a letter of personal reference for Gary Brustein, whom I have known for more than 35 years.

Gary's father and my father were practicing dentists. Gary and I attended CW Post College on Long Island and graduated in 1978.

After College, we maintained a friendship and I watched Gary grow a successful car business. I bought many cars from Gary, as well as recommended him to family and friends. All have been satisfied with his amazing service and integrity, which are hard to find in the used-car business.

I feel privileged to have Gary as a friend.

Recently, there have been charges brought against Gary. After learning of these charges, my belief in Gary has not changed. He is a good father, friend and business. We realize how difficult the last year has been for anyone in the car business. Gary has done his best to support his customers and continues to build his business.

It is my belief that Gary's stellar record in the past should be considered when making any judgment about his future.

Sincerely,

Alan Ellman

3333 Royal Avenue, Oceanside, New York 11572-3625 U.S.A.



**DAVID S. BRUSTEIN**
Attorney at Law

April 22, 2010

United States Attorney's Office
1 Saint Andrews Plaza
New York, New York 10007

Re:   **Letter of Support for Gary L. Brustein**

To Whom It May Concern:

Please accept this correspondence in support of my brother Gary L. Brustein when considering his Request for Withdrawal and/or Dismissal of the present charges against him.

I recently turned 50 years old and have of course known Gary L. Brustein my entire life as a brother, close friend and a dearly loved member of our family. I have *always known* Gary to be hard-working, kind to all people he encounters and extremely motivated to provide both for his immediate and extended family with the best quality of life possible.  With the time difference between Hawai`i and New York, I would often call Gary during my afternoon or early evening hours only to find him still working late in his office. It was not unusual to catch him at work up till 10 or 11 p.m. and I have known him to work six sometimes seven days a week. This has been Gary's pattern his entire life as his primary goals included building a business to put his children through college and graduate studies and provide security for his family's future. Unfortunately, with the downturn in the economy in the last quarter of 2008, Gary's car business as many auto dealerships around the United States suffered hardship, straining both financial and emotional resources to their maximum. On top of this stress in his life, the health of our beloved father started to deteriorate and resulted in added time commitments and emotional stress to Gary and the entire family.  After our father passed away on March 11, 2010, this was a severe emotional blow to Gary as he and our Dad were quite close.

As a member in good standing of the Hawai`i State Bar Association for the past 25 years and a fellow officer of the Court, I can attest with 1,000% sincerity to Gary's good qualities of being a hard-working and productive member of society, a loving family member and a kind and giving individual to all he encounters.  The present charges against him do not change my feelings of Gary or his good qualities in any way whatsoever. Further, if given the opportunity, I believe he learned from this circumstance and he will never pose a future problem within our justice system.

4584 Kahala Ave., Honolulu, Hawaii  96816-4950
Telephone: (808) 526-1000  Facsimile: (808) 526-1100
david@davidbrustein.com
www.davidbrustein.com

New York Assistant District Attorney
April 22, 2010
Page 2

Should anyone receiving a copy of this correspondence have any questions or require any further information or documentation from me, I will be happy to assist. The Government's favorable consideration of Gary's present request would be greatly appreciated by each member of my large and loving family.

Very truly yours,

DAVID S. BRUSTEIN, ESQ.

DSB:mo/4943L

May 8, 2010

United States Attorneys Office

1 St. Andrews Plaza

New York, New York 10007

Re; Gary Brustein

To Whom It May Concern,

My name is Neil Handler and I have known Gary Brustein for over 20 years. Our relationship started when I went to work for him in the late 1980's. What started out as a professional relationship soon turned out to be much more. I was a part of his life when his son was born and I recall the pride and joy in his eyes when his wife came to the showroom with their son a few weeks after giving birth.I recall when his son turned thirteen and I attended his bar-mitzvah and thinking to myself what a wonderful young man he has raised. During the 10 years of employment I came to know a selfless individual who was always there for the people who surrounded him. Gary has always been a man of integrity and honor someone whose drive and ambition inspired me. Gary has always been the first to put his hand out to help someone in need and he took a personal interest in the welfare and wellbeing of all his employees and the friends in his life.   I have experienced Gary as a devoted and loyal employer, friend, father and husband whose work ethic was second to no one I have ever known.  I recall the countless evenings where I would be closing up shop for the day and he would still be working at his desk and say "I just need to get back to a few more people"..... before he knew it , it was 11:30 at night and he was still working....I know this because I would drive by the showroom after a date or dinner with friends and the lights would be on so I would stop to make sure the facility was secure ...and there would be Gary sitting behind his desk still working.

When I learned of the charges brought against him, I was dumbfounded and in complete disbelief. I myself am a recovering drug addict with 23years of sobriety.. We have maintained a professional and personal relationship for over twenty years and I have never once seen Gary display the type of attitude or behavior which would lead me to believe these charges or question the integrity of the man I have come to know as my dear friend. A few months back Gary's father passed away and I know how close they were and how hard that loss was for him. Even in the moment of extreme despair his concern was for those around him, his mother his children his brothers. Whatever the circumstances are which have led to the accusations, it is my belief that Gary Brustien is a good man a solid citizen a member of society who gives of himself and someone whom I will always respect , admire , and look up to.

April 25, 2010

United States Attorney's Office
Southern District of New York

To Whom It May Concern:

I met Gary Brunstein as a teenager and quickly learned his good character. Gary was always a hard worker and started selling cars at a young age while I began my career in the auto body industry. Over the last 37 years we both grew prosperous and Gary always remained humble. He is a loyal and trust worthy friend and father. Through the years, he has encouraged me to be involved in his fundraisers for sick children and fallen fireman and policeman. Even though Gary is responsible for a multi-million dollar dealership, he takes the time to be personally involved in these foundations. Through his influence, I became a member of the Board of Director NY State Law Foundation and actively donate to his charities. Gary's generosity extends to his children and has inspired me through the years to be a better father. He is supportive and proud of his children and their accomplishments. He impresses upon them to always have a positive outlook on life.

These allegations in no way change my opinion about him. I have watched Gary help many people in his life including a close friend who lost his business. He emotional and financially supported his friend for several years in secrecy in order to allow his friend to maintain his pride. This demonstrates his ability to have discretion and show compassion.

Gary Brunstein is a good hearted man who wouldn't hesitate to lend a hand to a stranger. He has helped me in the past and I know that he is someone I could always depend on in the future.

Sincerely,

Michael Giacobbe



To the attention of the United States attorney's office,

I'm writing to you on behalf of Gary Brustein, as friend and business colleague who I have known for over 35 years. In all those years Gary has primarily worked in the automobile sector and me in the home entertainment system, both catering to high end clientele.

Gary is one of the friendliest people I know, even if we haven't seen each other for years at a time he always remembers important dates and events. Inquiring about my family; parents, wife and children each time offering his help or support.

Gary and I have worked in related fields and he has gone out of his way to help support and promote my business; by recommending my firm and services without ever expecting anything back in return besides a thank you and a promise to lend support to one of his charitable causes.

When Gary moved Champion motors to Westbury, he immediately gave me the opportunity to outfit a space in their showroom. We equipped a theater in that space and were so excited for the exposure that we could ultimately achieve. Gary as usual was there telling his clients about my services and what my company could offer to them. Always looking out for his customers' best interest by insisting on my personal involvement to ensure their total satisfaction.

I recently learned about the charges against Gary and I'm having a hard time believing these accusations. Having known Gary the businessman, friend and loving devoted husband and father for all of these years and believe in him.

Sincerely,

*Robert Kaufman*
President
**Audio Command Systems, Inc.**
694 Main Street, Westbury, NY 11590
516.997.5800  FAX 516.997.2195
rkaufman@audiocommand.com



**AUDIO COMMAND SYSTEMS, INC.**
694 Main Street • Westbury, NY 11590 • Tel: (516) 997-5800 • Fax: (516) 997-2195
FL (561) 997-0550 • CA (310) 444-3882

*Lori A. Serle*

*[address illegible]*
*[city, New York illegible]*
*[phone illegible]*

April 25, 2010

United States Attorney's Office

Re: Gary Brustein

To Whom It May Concern,

I have known Gary Brustein for 18 years both professionally and personally. Our relationship started out as professional while working for Champion Motor Group and has become a close personal friendship which I value deeply. Not only have I become close personal friends with Gary but his wife and 2 children. I consider Gary to be a member of my family not just a friend. I have watched his children grow up into young adults with outstanding morals and values which is a direct reflection of his and his wife's parenting.

Gary is a man of great integrity is extremely dedicated and devoted to his family and work and an upstanding member of the community. Over the years Gary has donated his time and money to support many different charities and organizations. He has organized blood drives, contributes to education fundraisers and many other organizations that require help. He does this out of the goodness of his heart.

On a personal level, Gary has been my dear friend and supported and comforted me through good times and bad. While purchasing my first home as a single individual, Gary assisted and guided me throughout the entire process. Later in years he was instrumental in planning and utilizing his contacts to help me plan my wedding. One would have thought I was his daughter that was getting married based upon the time and effort he put into it for me. Whether it was a surgery, and emotional break up, parent illness, Gary has always been there to comfort and support me. I am not sure I could have gotten through some tough times in my life without the

*love and support he has given me. My daughter Mackenzie who refers to him as "Uncle Gary" has been truly loved by this man. As his daughter outgrew clothing, toys and bedroom furniture Gary and Lisa made sure that Mackenzie was given these items to enjoy.*

*Most recently, Gary's father became ill which was devastating to Gary since he is such a loving and caring son. Gary was the first one on a plane to Florida each and every time to be with his father. Sadly, In March 2010 his father passed away which was a devastating event for him and his family. Over 200 people came to pay their respects to Gary. This goes to show how much respect people have for him.*

*On a professional level, I have always found Gary to be fair and honest. He has built businesses from the ground up and always been respected by all his employees. During these poor economic times, Gary did everything possible to keep the business running and eliminate as few jobs as possible. Gary would always loan money to people including myself in their time of need.*

*I am aware of the arrest made in this case which deeply saddens me. However, this does not change any of my feelings for Gary and the facts remain the same that all I want is happiness for him and his family. I am asking the court to give him his life back and the opportunity to get a fresh start and atone for any wrong doing. Please provide Gary the opportunity to return to the Loving, Caring, Generous, Law abiding citizen that he is in this Community. I assure you that this will be a decision that will benefit everyone involved.*

*If there is any additional information or clarification you require please feel free to contact me at (516) 367-9600.*

*Yours Faithfully,*



United States Attorneys office
Re: Gary Brustein
14 Emerson Road
Brookville, NY

To Whom it May Concern,

When I first heard of these charges against a Gary Brustein, I wondered who this other Gary Brustein is. It could not be the Gary I know. When I spoke with Gary he asked that I write a character reference for him. This is not only unchallenging but actually is easy as he has always been an amazing person whom we should all aspire to be like. My firm built an approx. 70,000 square foot Automobile Dealership for Gary back in 2006. Being a Commercial Contractor for over 30 years I know a persons honesty and integrity very quickly. He dealt professionally and honestly from the beginning of the project to the end. He was the type client (which is rare) whose hand shake is all you need. All his employees and associates will attest to the same thing. It was heart warming to watch his kindness and caring to everyone at work. Another quality of Gary's, that I must mention, is his Philanthropic ways. He holds large fund raising functions for all types of organizations. He works non stop arranging the events and getting people to donate. I have, in a few occasions, asked Gary for donations towards causes that I believe in and he was happy to contribute. Another small but important thing to mention is the fact that Gary always asks about peoples families and lives as he is a wonderful family man himself. Even his phone messages are sure to mention to say hi at home and wish everyone well. I will end this letter by saying "if the world had more people like Gary Brustein it would be a much better place"

Thanks for taking the time to read this,

Andrew Zucaro

# GALLAGHER, HOMBURGER & GONZALEZ ARCHITECT PLLC

91 Prospect Street
Huntington, NY 11743
631. 385. 7722 tel
631. 385. 7771 fax
gary@ghgarch.net

22 April, 2010

United States Attorney

Re; Mr Gary Brustein

Dear United States Attorney,

I have known Gary Brustein for the last 15 years. We met when he engaged my services as an Architect. and Gary has been a valued architectural client on several projects over the intervening years. In addition, we also have developed a friendship, which I value greatly.

I've known him since he operated his car dealership from a small trailer and watched him build his automobile business into a highly regarded enterprise, known and respected worldwide. He provided me with an opportunity, as an architect, to work closely with him in the design and construction of a new dealership for two of the worlds most prominent and renowned manufacturers. The passion, enthusiasm and tireless effort that Gary put into creating his vision, is something I have always and continue to admire about him. During the course of each project, I spent a great deal of time with Mr. Brustein and was witness to how he conducted himself both professionally and personally with business associates, clients, employees , public officials, friends and family. He always conducted himself. with kindness, consideration for others, fairness, honesty, devotion and integrity.

Gary as long as I've known him, has been involved with several charitable causes, hosting annual events on behalf of a different worthy cause each year and continuously assisting the charitable efforts of others. As a further example of his fine character, I have seen on more than one occasion, he has provided people with employment opportunities in his automobile dealership with little or no experience in that business, simply because they were searching for a career path and he genuinely believed in their abilities. These are only two examples of his commendable behavior. He has never waivered from being an exemplary individual with whom I hold the highest regard.

I am aware of the charge made against Gary Brustein and this does not change my opinion of or belief in Gary Brustein as an individual, in any way. If I can be of any further assistance, I may be contacted at 631-385-7722 or 631-335-3209(cell).

Yours Sincerely,

Gary Gallagher, RA, AIA
Gallagher Homburger & Gonzalez, Architects, PLLC

12 Windsor Drive
Old Westbury, NY 11568

April 27, 2010

To The United States Attorneys Office:

I am writing to you on behalf of Gary Brustein to describe his character and to talk about
him from a human perspective, as a business associate and a friend.

I first met Gary over 20 years ago, and I have done business with him repeatedly over the
years. He has been completely reliable and trustworthy in every aspect of business that I
have conducted with him. His handshake has always signified a solid deal. Gary has two
children that have just graduated college and to say he is a great dad is an understatement.
I know Mr. Brustein to be a conscientious, hardworking and a caring person. His
attention and respect to his family is very evident, as is his commitment to them.

Aside from business transactions, I consider Gary to be a personal friend. Over the years,
he has gotten to know my family and my children. He has always been welcomed into
my home, and I believe each of my five children are sincere when they tell me they think
highly of him. Gary was a guest at my son's recent Bar Mitzvah and is invited to all the
major celebrations my family shares.

In summary, Gary Brustein is a man of outstanding character. He is the type of man I
would like standing next to me going into battle.

Sincerely,

Jay Goldman

Attention: United States District attorney's Office

Re: Gary Brustein

To Whom it May Concern:

I have been friends with Gary and Lisa Brustein for more than 25 years. I have known Gary to be a loyal friend, devoted father and husband and hard working business man. I am aware of the recent charges brought against Gary and it is hard for me to believe that someone of Gary's character would be involved in this.  It has not changed my high opinion of Gary and I wish him well.

Thank you,

Amy Ross

4/26/10

April 25, 2010

To the District Attorney,

I have known Gary Brustein of Brookville, New York for the past seven years. He is one of the most hard working, dedicated people I know.

From what I have seen, Gary is extremely generous and charitable. Being a real "Down to Earth" positive guy, people just gravitate toward him. He is most accommodating and probably one of the first people you would think of calling if you needed a favor, **NEVER** expecting anything in return.

Beyond all that Gary has worked for and accomplished in business, he is a very loving, dedicated father and husband. He lives and works for his family, often saying how much he loves them and how there is nothing more important than to have the good relationships he does with his children. They are his pride and joy!

In spite of all the hours Gary has put into trying to build a successful business, his most valuable time is that in which he spends with his family.

Sincerely,

David Armenti
7 Schoolhouse Way
Dix Hills, New York



# LONG ISLAND COMPOST
### PURE. NATURAL. ORGANIC.

April 26, 2010

United States Attorney's Office
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Gary Brustein

Dear Sir or Madam,

I am writing to you today in the matter of Gary Brustein.

I have known Mr. Brustein on both a professional and personal basis for over ten years. During that time, I have had countless occasions to be in Mr. Brustein's company. I have always found him to be a courteous gentleman. I have personal knowledge of many acts of his generosity and kindness. I have known him to be a devoted family man; dedicated to his son and daughter. I've seen his commitment to numerous charitable causes, not only with his money, but with his time and efforts.

On a professional level, I have had several dealings with him, and have always found him honest and reliable.

In spite of his present circumstances, which I am aware of, my opinion of him remains unchanged. I am proud to call him my friend.

Very truly yours,

Charles Vigliotti
President and Chief Executive Officer

CV/pm

100 Urban Avenue, Westbury, NY 11590  •  (516) 334-6600  •  Fax (516) 338-4773   www.licompost.com
445 Horseblock Road, Yaphank, NY 11980  •  (631) 289-7260  •  Fax (631) 289-1077



ARCHITECTURAL WOODWORKING

April 29, 2010

To the United States Attorney's Office,

I was recently made aware of the arrest by your office of Gary Brustein. I felt compelled to write this letter in support of my friend. I own and operate a small cabinet making business and have been in operating for over thirty years.

I have known Gary for more than eighteen years and have worked for him on many projects over those years. I have watched his children grow up and become respectful, successful college students with bright futures. In all the time I have known Gary I have never known him to be involved in any illegal activities. These charges he is facing are completely out of character with the Gary I know and consider a friend.

My dealings with Gary have always been a congenial experience. Gary has always treated me and my employees with respect and dignity, from the first project to the most recent. I built the furniture that his children grew up with eighteen years ago and two years ago the executive offices at his new car dealership with many projects between.

Gary was always intensely involved with these projects and through the time we spent together we became friends. I find Gary to be honest, trustworthy and have great respect for him and his family. Gary has taken the time out of his schedule to help me over the years with sound business advice. I in turn felt compelled to write this letter on his behalf.

Sincerely

Richard Brown

55 ALLEN BOULEVARD, FARMINGDALE, NY 11735
(631) 249-7299 • FAX (631) 249-7306

Unites States Attorneys Office

Reference: Gary Brustein

In regards to Gary Brustein, I would like nothing more than to express my feelings for him. I have had the opportunity to be employed by him for 16 years. I have always admired him for his professionalism, thoughtfulness and kindness. He has been extremely loyal to myself and my family. I'm aware of the unfortunate charges bought to him. I will always hold dear my feelings for him and they will always remain unchanged.

Regards

Christopher Baade

(631) 926-0510

May 5, 2010

Sharon Kossoy
27 Vista Dr.
Laurel Hollow, NY 11791

To The United States Attorney's Office
Letter in support of Gary Brustein

It was twenty-nine years ago, when I first met Gary Brustein. From the moment I met Gary, he was truly the most caring, hardworking and loyal friend. Throughout my life, my father was constantly ill and despite the fact that Gary hardly knew him, he would always be sure to ask me how he was doing. Where as, most people did not even have the character to ask, Gary always did and gave me a sense of comfort.

Like I said, I have known Gary for twenty- nine years, and while we were young and all the guys were running around carelessly, Gary opted not to do so. Instead, he dedicated his time to building a thriving and prominent business. It is not only in the workplace where one could see Gary's charismatic and dedicated character, but also it is visible in his beautiful family. He surrounds himself with a loving wife and two beautiful and intelligent children. Needless to say, to know Gary Brustein is to love him.

After hearing about this incident that has unfortunately been brought upon Gary, it has by no means changed the way I view him as a friend, father and Entrepeneur. Thus, I strongly believe that Gary should not face any charges.

Sharon Kossoy

To whom it may concern

My name is Frank Juliano and my company name is Northshore audio .
Gary brustein is a man i met over  15 years ago at his car dealership when i worked for someone
else.Over the   years Gary has helped me make contacts with many of his customers that i service still till
this day.now iam on on my own and i credit Gary for helping me get to where iam today.He also has
Given me Plenty of work at the dealership that he built and his home.
Gary has also helped me get into the cars that i wanted to drive so bad.He is a great man and i would do
anything to help him.
That's why when I became aware of the charges agaist him I decided to write this letter.

                                                                Frank Juliano

90 Chestnut Lane
Woodbury, NY 11797

The United States Attorney General's Office
Re: Gary Brustein

To Whom This May Concern,
I have known Gary Brustein for 27 years. Gary was a neighbor of mine in North Shore
Towers, Floral Park, NY. I was introduced to Gary by his girlfriend at the time who
he married and is still married to, Lisa Gottlieb Brustein. Lisa was and still is a close
friend of my sister's.
Gary made an indelible impression at that time. I remember telling my sister that Lisa
met such a nice , quality person. She replied, she did, didn't she? My Dad was very sick
at the time and whenever he saw me, he never failed to ask, "how's your Dad doing?"
For as long as my Dad lived, ,which was about 25 years after taking ill , he continued to
check on my Dad's health. We spent many elevator rides together and I remember when
he got engaged to Lisa. I was so happy for them. Why, because I knew Lisa since she
was a teenager and she was such a good person. How wonderful it was that she met
someone so suited for her. Because of that relationship I had the opportunity to continue
to see Gary long after we both moved from North Shore Towers. I saw him as a young
married man, then as a dedicated father to his two wonderful children. That impression
of Gary's character still remains, I am fully aware of the charges brought on him and my
opinion of him has not changed.

Yours Very Truly,

Bootsie Cohen

Bootsie Cohen

**Mitch Solomon**
**22 Farmstead Lane**
**Brookville, NY 11545**

April 29, 2010
United States Attorney's office
Re: Gary Brustein

To Whom It May Concern;

I am submitting this letter on behalf of my dear friend and neighbor Gary Brustein. I have known Gary for 15 years and throughout this time I have come to respect and deeply admire him. He has constantly shown tremendous commitments to his community, his congregation and to the various charities he so tirelessly supports.

I have seen firsthand Gary's dedication to the youth in our area through his involvement in local sports. My son and Gary's son's are closest of friends and as such I can honestly say that every young man in the neighborhood respects and looks up to Gary. Not only for the friendship and leadership he has taught them but also for the way he always looks out for and helps those who are less fortunate or less able.

I am fully aware that there Gary is facing some very serious accusations, for which I cannot speak to. However, I can unequivocally say that Gary is a wonderful person, father, friend and community pillar who has always been a man of impeccable character and integrity.

Sincerely,

Mitch Solomon

**Howell Moskowitz**
**104 Hazelwood Drive**
**Jericho, NY. 11753**
**Tel: 516-938-0417**

May 3, 2010

US Attorneys Office

To whom this may concern,

I am well aware of the situation and allegations pending against Mr. Gary Brustein. This has no effect on my opinion of him. Gary has been a friend for over 15 years. Our children had grown up together. They spent summers in the same bunk at camp. We have spent hours on the sidelines watching our kids play baseball, basketball, football, and hockey. Gary has traditional family values. He is an upstanding friend that will always be there for you.

I am available to answer any question or concerns.

I thank you in advance for accepting this letter on my behalf.

Sincerely,

Howell Moskowitz

May 1, 2010

**Re: Gary Brustein**

To Whom It May Concern:

I have known Gary Brustein for almost 17 years. During that period of time, he was once my employer, business partner and to this day remains a good friend.

I am certain that Gary's integrity, reputation and friendships are paramount to him.
If there was anyone in need of anything, he would be the first to step forward and offer his assistance.

He has been a great businessman, father, husband and friend to countless people.

If there is any other information that I can provide, please do not hesitate to contact me.

Sincerely,

Cary Scharlat
110 Luquer Road, Port Washington, NY 11050
(516)459-9500
cary@eacautos.com



April 26, 2010

To Whom It May Concern:

I have known Gary Brustien for 18 years and during this time I found him to be a great friend, devoted husband, and an awesome father.

He has been very involved with our community; coaching many children's sports teams, or supporting many charities.

When called upon, Gary has always been there for other's needs. I consider myself to be one of Gary's closest friends and have found him to be an upstanding and conscientious individual.

Regards,

Brian Landow
President, CEO



MEMBER

350 Wireless Boulevard • Hauppauge, New York 11788
800-938-4500 • 631-231-2300 • Fax: 631-231-2731 • Website: www.lancopromo.com



*Doris Panos*
*130 Old East Neck Road*
*Melville, NY 11747*

April 30, 2010

**Attn: US Attorney's Office**

RE: Mr. Gary Brustein

Dear Sirs,

I am writing this letter in reference to a man that I have known for more than 20 years. Throughout the years, I have purchased cars from him and have also recommended many of my friends to him, as he always has been very professional, personable and dedicated to his industry. I watched his business grow from a small, modest auto shop to an epic dealership that carries some of the most prestigious automotive brands in the world. He is a dedicated family man and has often purchased jewelry from my company for his wife.

I am saddened about the recent circumstances and have read about the current situation that sites his involvement in a case, however, I find it very hard for me to dismiss all the good history as a human being and respect as a businessman. He has gained my admiration and I would give him the benefit of the doubt and still believe that he is an honorable man.

Sincerely Yours,

Doris Panos

*Doris Panos Designs, Ltd.*
CEO and President
2 Channel Drive, Suite 103
Port Washington, NY 11050

# DEBORAH & CARY CHASIN

122 Wheatley Road
Old Westbury, N.Y. 11568

April 26, 2010

To Whom It May Concern:

We are writing this letter, on behalf of Gary Brustein. Our family has known Gary for over twenty years. He is a person of good character, a family man, and someone who gave of himself to others, without the expectation of receiving something in return. He coached our son and many others in sports in the community. He was especially helpful to those children who were not natural athletes. His mantra was to have fun and improve your game.

Our dealings with him in business, with the purchase of a used vehicle, showed him to be honest and trustworthy.

We are aware that there are alleged charges, and we hope you will take into account all the contributions he has made to his community, his family, and his friends, and all he has accomplished in his life.

Respectfully,

Deborah Chasin

UNITED STATES ATTORNEYS OFFICE

I have known Gary Brustein for over 15 years and worked for him from 2004 till recently. After I started working for Champion Motor Group Inc. in 2004  we subsequently have become close friends. It is a friendship I truly cherish. He has proven to be a loyal and giving friend. I have had the pleasure of seeing him run his life with some dignity. Before working for him i had business dealings with him as well and have found him to be a fair and honest business man. I know he is a good father and provider for his son and daughter and he is a good husband to his wife Lisa. I am aware of his arrest in this drug case but I still feel the same about his true nature. I plead with you to give him the opportunity to go on with his life and live a productive and socially conscious life.

If there is anything else you need to know please don't hesitate to contact me at work 516-367-9600 or on my cell# 516-521-8860.

Sincerely;

Kevin Buxbaum          4/21/10

**HANK MACKIN**
**6 HERITAGE COURT**
**RYE BROOK, NY 10573**

**4/22/2010**

**TO THE ATTENTION OF THE UNITED STATES ATTORNEY'S**
**OFFICE**

**DEAR HONORABLE SIR.**

**THIS LETTER IS SUBMITTED IN SUPPORT OF GARY**
**BRUSTEIN.**

**I WOULD LIKE TO TELL THE COURT THAT MY REQUEST IS**
**MADE BASED ON NEUTRALITY, AND WITHOUT BIAS AS MY**
**FRIEND GARY'S SITUATION SHOULD BE EVALUATED,**
**REVIEWED, AND JUDGED IN A WARMER LIGHT.**

**I FIRST MET GARY BRUSTEIN IN THE EARLY 1980'S AND HAVE**
**BEEN FRIENDS WITH HIM AND HIS FAMILY EVER SINCE AND**
**THAT IS A VERY LONG TIME.**

**I CAN TELL THE COURT THAT I CANNOT BELIEVE, IN MY**
**HEART,  ANY OF THESE CHARGES BROUGHT AGAINST GARY,**
**AS I KNOW HIM IN ONLY ONE WAY, A HONEST AND GOOD**
**MAN.**

**THIS MAN IS A GOOD PARENT AND A VERY HARD WORKING**
**MAN AND HAS NEVER DONE ANYTHING WRONG.**

**I AM AWARE OF THE CHARGES AND THIS IS NO WAY**
**CHANGES MY OPINION OF GARY BRUSTEIN.**

**RESPECTFULLY SUBMITTED**

**HANK MACKIN**



Age Management Associates of New York, LLC

May 10, 2010

United States Attorney's Office

RE: Letter in support of Mr. Gary Brustein

I am Tameshwar Ammar. I am an anesthesiologist currently practicing on Long Island. In 1997 I moved to Long Island from New York City where I trained and worked at the Mount Sinai Medical Center. Shortly after my move, I was introduced to Gary Brustein.

Over the past thirteen years, I have gotten to know Gary in many different capacities. It first started with me purchasing cars from Gary's company to us becoming best friends. Gary, Lisa, Lindsay and Jordan have been like family to me over the past years.

I have watched Gary grow over the years by his insane dedication and ability to overwork like no one else. From this hard work, dedication, vision and brilliance, Gary was able to create what most can only dream. Unfortunately, with the economic downturn, Gary came under tremendous stress and sense of failure. I saw my friend very stressed and depressed.

When I heard of the charges against Gary, I was shocked. I said to myself, that this must be a mistake. I soon spoke to Lisa and Gary.

The way I feel about Gary has not change, not even a bit. He is an over- achieving, obsessively dedicated, empathetic, humble person. He remains one of my best friends.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Tameshwar Ammar, MD
Staff Anesthesiologist, Good Samaritan
Director, Age Management Associates NY

**Michael Friedman**
**12844 W. Pinnacle Vista Dr.**
**Peoria, Arizona, 85383**
**480-215-2159**

May 3, 2010

To: U.S Attorney Office

I first me Gary Brustein in Great Neck, New York sometime in the early nineteen eighties
while employed by Vanguard Commercial Leasing. We were competitors in a growing
niche business and we developed a solid business relationship. He was a young, hard
working individual that was dedicated to his family and his growing company. During
this time our paths crossed constantly so we developed a personal relationship as well.
We were always invited to Bank functions and industry related seminars where he was
regarded as a leader. He was one of the most knowledgeable people in our industry and
was respected by many of his competitors and Auto Dealers across the country. As our
personal relationship grew, I learned a lot from Gary, both in business and in life. He
went out of his way to help many people, always being very generous giving his time and
money to charities when asked. He helped many people whose credit was bad and
provided them with transportation to help them get back to work. His company
Champion Motor Group was one of the finest independent leasing companies in the
country. As time passed and our relationship grew, we played golf in our spare time,
enjoyed personal functions together and I was able to see his family grow. I knew his
Dad, brothers, and I know Lisa his wife and his two beautiful children and they love him
very much. Anyone who really knows Gary must like him. He has always been a person
of character, strength, and his work ethic is second to none! Although I moved to
Arizona, we have always stayed in touch and we get together when I return to New York.
I can truly say that am I blessed to have a friend like Gary and any accusations towards
him must be an error.
Sincerely,

Michael Friedman

April 30, 2010

Judy R. Rubin
9008 Villa Portofino Circle
Boca Raton, Florida 33496
(561) 878-6123

United States District Attorney's Office
State of New York

To Whom It May Concern:

My name is Judy Rubin and I have known Gary Burstein for twenty-nine (29) years as a brother-in-law, friend and mentor. I consider Gary to be my brother as his guidance, advice and wisdom over the years has proven invaluable to me.

I am fully aware of the charges relating to Gary and this does not change how I feel about Gary as a person in any fashion.

I have sought advice from Gary since I have known him. As a college student when seeking a career path, on financial and relationship issues and more, each time, Gary has been truly insightful and helpful. Gary's character is made up of honesty, hard work, family, and pride for the community he lives and works in.

I have relied on Gary for sound advice in a variety of situations. His wisdom and caring manner greatly helped me and the family when my brother passed away tragically several years ago. Gary was the one who pulled it all together for the entire family and handled most of the details during that trying time. Other times, Gary has added to the celebrations such as my wedding, the birth of my two children and my professional successes.

As an Uncle to my children, ten and six years old, Gary is adored and considered to be the favorite Uncle. When he is visiting, "Uncle Gary," always finds time to spend with my children whether it is golfing, beach going or just relaxing together as family and enjoying time.

I can not say enough about what a caring and kind person Gary is to me and many, many others that I know directly.

Respectfully,

Judy R Rubin

April 30, 2010

Adam L. Rubin
9008 Villa Portofino Circle
Boca Raton, Florida 33496
(561) 878-6123

United States District Attorney's Office
State of New York

To Whom It May Concern:

My name is Adam Rubin and I have known Gary Burstein for fifteen (15) years as a brother-in-law, friend and mentor. I consider Gary to be like a brother as I know him very well and have counted on his guidance, advice and wisdom over the years.

I remember meeting Gary years ago for the first time and felt his genuine kindness extend to me as if he had known me previously. I began to develop a bond with Gary and seek his advice on a variety of issues. I continue to look up to Gary today and am fully aware of the situation and the charges at this time.

Over the years, Gary's sound and mature advice and support on issues from family to financial. Each time, his words have proved to be valuable and helped me to see the situation more clearly and find a solution.

Gary's devotion to family is evident in the love he displays towards my wife and children. He is truly the favorite Uncle of the family and enjoys family time when visiting.

Gary is the kind of person that will help anyone if asked and in his power to do so. I hope this letter helps Gary more than he has helped others throughout his years.

Respectfully,

Adam L. Rubin

# BENTLEY LONG ISLAND



April 25, 2010

To whom it may concern,

Gary Brustein is a friend, a brother, a business partner, a confidant, a mentor, a husband, a father of two, and a very special person to many.

What started out as a friendly business competitor almost twenty years ago has turned into one of the most valuable relationships in my life.

Whenever the name Gary Brustein came up in conversation, those who spoke the name spoke of someone they viewed as a very compassionate and admirable individual. It wasn't until I got to meet Gary and then establish a relationship until I understood an individual with so much drive, ambition, and positive energy. He is a motivating force to many and continues to have a charisma that can never be matched by anyone.

When Gary and I became business partners we each held a skill set and responsibilities to grow and advance the business. Much of my success over the years I not only attribute to the positive influence Gary has provided me but the determination and desire as well.

One of Gary's most admirable traits is the fact no matter who you are in his life, you will be treated as if you are family. I have seen him treat employees who washed cars as well as the employees who ran our operations.

As Gary would always say " it costs nothing to smile and say hello". If an individual had a crisis or a dilemma, Gary would spend timeless hours with that individual or on that crisis for a happy resolution.

Over the years Gary would work toward giving back... his time, his money, and his love. I have witnessed him spearhead many charitable functions to raise money for causes that were dear to him. Gary was there for my daughter's birth fifteen years ago, he held my son for his circumcision thirteen years ago, held me when I lost my mom just over a year ago, and is continuously there for my family. A conversation could never end with Gary without me promising him I would say hello to my wife and kids from him and to make sure I send regards to my dad from him.

Understanding the severity of Gary's current situation in no way changes my feelings or view of him. This individual has had as much positive impact on my life as my own parents.

Please allow this letter have an impact on your decision on how to proceed with Gary's case, the same way Gary has had an impact on mine and my family's life.

Michael Todd

4/22/10

To:     United States Attorneys Office
From:  Nina Ross
        6570 Camarillo Terrace Lane
        Delray Beach, FL  33446
        561-496-0503

Re:     Gary Brustein

My name is Nina Ross.  Gary Brustein is my nephew through marriage.  He is my sister's daughter's husband.  I have known Gary for more than 25 years, which is as long as he is married.

Our families are very close, so I have had the pleasure of spending lots of time with Gary and his wonderful family.

Gary is one of the greatest persons I know.  He is very kind, generous and charitable.  He has the ability to make everyone feel good.  He is a wonderful listener and is comfortable with the very old and the very young.  He has so much patience with children.  They all love him.

I also remember Gary taking time out of his busy work schedule to visit with my mother who was in her 90's.  He said he loved to hear her speak about life and enjoyed her wisdom.

Gary is the most wonderful husband, father, son and friend.  He and his wife have raised 2 outstanding children.  He is an excellent role model for his children as well as their friends.  His children excelled in their studies.  His daughter attended an Ivy League University and is now in graduate school.  His son is a 2nd year student at University of Michigan, another fine school.

Gary has always worked very hard to provide a good life for his family.  He has always been a much respected member of his community.  I have always known Gary to have very good values and morals.  I also know that these values and morals are very important to him.

He comes from a very fine family.  I am proud to have him as a member of my family.

I have heard the charges and feel that they are totally out of character for Gary.  If you have any questions, do not hesitate to contact me.

Sincerely,

Nina Ross

Nina Ross



# Pine Hollow
## Country Club

U.S. Attorneys Office in support of Gary Brustein                    April 28, 2010

I am writing this letter in support of Gary Brustein, whom I have known for the past 10 years. I am shocked over the accusations that have been made against him. They certainly do not portray the person I know him to be.

I have had many dealings with Gary on business, professional and social levels; most notably on the charitable events, for which he has sponsored, organized and directed.

In addition to our relationship on these levels, I have also purchased several vehicles from him. He has always treated me, as well as countless friends and acquaintances, with the utmost fairness and sincerity.

Over the past several years, I have spent countless hours with Gary, his adoring wife Lisa and their two amazing children.

Their family is adored by so many people in our community.
At your request, I can easily provide letters to attest to this fact.
There can be no logical explanation to justify these current events. I am certain he will be exonerated. If I can be of any further assistance, please contact me at anytime.

Respectfully,

Mark Del Priore
General Manager, CCM
Pine Hollow Country Club
6601 Rt. 25a
East Norwich, NY 11732
(516) 922 - 0300 x120 office
(516) 660 6215 cell
(516) 922 - 0411 fax
mark@pinehollowcc.org

**EXHIBIT K**

*Peter N. Resnick*

2 Otsego Place

Jericho, NY  11753

516 465-1217

April 27, 2010

United States Attorney's Office

Re: Gary Brustein

My name is Peter Resnick and I have been living in Jericho, NY with my wife and two children since 1992.  I am writing this letter on behalf of Gary Brustein of Brookville, NY. to describe the real Gary Brustein.  Knowing him for approximately 15 years, I have learned what Gary is about and the type of individual he really is.

I first met Gary when our 5 year old sons began playing youth sports together.  In the Spring of 1995, our sons played on opposing baseball teams.  Gary coached his son as I did mine and our two teams often played each other.  One of my first memories of Gary was coaching against him in the championship game.  Although most coaches coach to win, Gary made a decision late in the game that lost his team the championship, but earned the respect of many.  Gary had a little boy on his team that was autistic.  He could have easily substituted this boy and likely go on to win the game.  The child would have never known otherwise.  Rather than coaching to win, Gary chose to teach the other children that doing the right thing was more important than winning.  The family's expression was priceless.  My son still talks about the win today but never leaves out what he learned from the opposing team's coach.  Whether the baseball, soccer or football field, Gary was always the  parent that motivated, cheered and instilled confidence in all of the players, not only his son.

A few years later, I began purchasing vehicles from Gary's automobile dealership.  The kindness, respect and professionalism that Gary portrays kept me returning over the years and highly recommending Gary to many others.

Four years ago, my son organized a basketball tournament to raise money for a school for specialized children.  Not only did Gary and his company sponsor the event, he chose to donate all of the funds from his company's next golf outing to the same school.

Upon first hearing the news that Gary might have participated in an illegal activity, I was uncertain about what/how I felt.  My initial reaction was disbelief, not Gary, someone who I have known so many years and  have the utmost of respect for.    I have given the situation a lot of thought and have had long discussions with my wife and even my teenage children about it.  As a family we have all come to realize that even the most wonderful people, such as Gary Brustein, sometimes make the wrong decisions.

One wrong decision does not define a person. It is how one faces and overcomes challenges like this that defines the person. Although Gary has celebrated many successes throughout his life, it can be the disappointments, failures and bad decisions that he and others can learn from. I truly believe that Gary will be an even better man from this experience.  Gary is the definition of a true friend, kind neighbor, wonderful father and husband.  I, as well as many others are proud to know Gary and be able to call him my friend.


Respectfully,

Seth B. Lipsay
46 Merrivale Road
Great Neck, NY 11020

April 25, 2010

United States Attorney's Office
1 St. Andrews Plaza
New York, NY 10007

Re: Character Reference for Gary Brustein

Dear Sir/Madam:

I have a strong bias as a good friend of Gary Brustein, but that is probably the most important reason why I feel so motivated to write on his behalf as he faces significant personal challenges. I have reviewed the charges against him prior to writing this letter. This is the time when good friends should come forward to make sure that the many virtues of Gary's character are known.

I feel very well qualified to provide a strong positive character reference for Gary Brustein given the length and breadth of my relationship with him. From high school acquaintances to customers of one another's businesses, to parents of students at the University of Pennsylvania, to long-time family friends, I have known Gary for about 35 years in a broad array of contexts. Gary Brustein is a kind, compassionate person with a loving family that he cares deeply for and many people (both affluent and not) who count him as a loyal friend.

His remarkably charming persona can initially lead one to underestimate his depth and warmth, but that would be an error. While undeniably one of the most charismatic individuals I know, Gary has consistently shown himself to be a truly charitable person with a big heart and a sincere willingness to make sacrifices for the benefit of others. Naturally, his dealership's frequent gala charity events, which are attended by hundreds of affluent customers and friends, have raised significant amounts for many local causes, including the local hospital

system on whose Finance, Strategic Planning and Executive Committees
of the Board I serve.

On a smaller scale, but at least as importantly, Gary has shown that he
possesses a deep personal commitment to charitable behavior. I have
seen Gary 's fundamental kindness when there is nobody else looking.
As an example (of which there are many), I once asked Gary if he could
assist an older man (suffering from diabetes and its complications) who
was a self-employed tow truck driver. I explained that the fellow
probably needed the work to remain in his home and carry on a
"normal" life. Without reservation or conditions, Gary gave him
frequent work for an extended period of time despite having less costly
and more reliable alternatives, and I know he did so only because he
knew how much it meant to this elderly fellow to be able to feel
productive and provide for himself. This is truly selfless charity that I
believe means the most. No audience, no tax deduction – just kindness
for a person in need.

For several decades, in his car dealerships, Gary has tirelessly worked
long hours to grow his business, while providing jobs for hundreds in
our community. He takes great pride in knowing each of his customers
well. He will frequently surprise them by recalling their children's and
parents' names and current life circumstances without prompting. This
is not salesmanship, he truly takes a sincere interest in the lives of every
person with whom he interacts. For instance, he will ask someone who
he hasn't seen for six months how his ailing mom is feeling and listen
closely with sincere interest as they answer. He has also always shown
this same sort of caring interest in the lives of his employees, including
not just the senior staff but the kids who wash and deliver cars. Despite
owning a business that caters to the elite, Gary is as non-judgemental
and egalitarian person as I know. He is as comfortable with billionaires
as he is with a person of no means at all and they are made to feel
equally as comfortable by him. Again, not an act, but just how Gary
really is.

The most important people in Gary's life are his family. As a youth, he
and his siblings shared a powerful bond that was nearly legend in our
neighborhood. They were an enterprising bunch with outgoing
personalities and a deep affection for one another. When Gary's dad

passed away about a month ago, I spent some time with him at his home reminiscing about our overlapping youths.  These values have stayed with him to this day when his own wife and children are now the primary focus of his affection and efforts.  He and his lovely wife, who have been happily married for more than 25 years, have raised two wonderful children in their loving home.  Lindsay (who graduated from Penn and is friendly with my daughter) and Jordan (who is a freshman at the University of Michigan that I recently hired to work at one of my companies for the summer) have always had their parents to look to as they navigated their way to college and beyond.  Gary has been a very involved parent from the time his kids were small to the present day. His deep involvement in every aspect of their academic, extra-curricular and social lives has made such a big difference in helping his children to become such warm, caring and accomplished young adults. I have always known Gary to be a devoted son, a dedicated brother, a loving husband and a deeply caring parent.

On a personal note, I count Gary among my closest friends and have and would go out of my way to help him when he needs me and I am entirely confident that he would always do the same for me. While it is difficult to fully describe a person and their unique virtues in a short letter, I hope that I have conveyed, in a meaningful way, what a fine person Gary is and has been throughout his life.

Thank you for the opportunity to provide this reference.

Sincerely,

Seth B. Lipsay

**An Office of MetLife**
2929 Expressway Drive North, Suite 100, Hauppauge, NY 11749
Tel (631) 851-5798 • Fax (631) 851-5823 • Main (631) 851-5700
jsieburglee@metlife.com

**Jack S. Lee**
Financial Services Representative
CA Insurance Lic # 0896151
Registered Representative
Investment Adviser
Representative

**North Shore**
**Financial Group**

May 13, 2010

United States Attorney General

Brooklyn, NY

Dear United States Attorney General,

I consider myself fortunate to have had Gary Brustein as a close friend for the past fifteen years. Gary and I met at his prior dealership. From the day I purchased the first of many cars from him, we became fast friends. Gary was always quick to ask about me and my family. He was genuinely interested. In 2003 I was hit with multiple family hardships. My mother, wife and daughter were all diagnosed with brain tumors. This is when you find out who your true friends are. Gary was one of a handful of my "friends" who was always there for me. On a regular basis he would phone me to see how I was doing. My relationship with him after that was cemented. No matter how busy he was,(and he was always busy), if I stopped by and needed someone to talk with, he would close his office door and give me as much time as I needed. We enjoyed many charity events over the years. I always participated in his annual golf event which raised many thousands of dollars for charity. I too was involved in fundraising, whenever I asked Gary to contribute he was there for me and my endeavors.

On a more personal note, I feel it necessary to disclose that I am a recovering alcoholic. During my families struggles I increasingly relied upon alcohol to suppress my anxiety. Before I knew it I was drinking to excess on a daily basis. Although the health status of my daughter and wife turned out for the best, I continued my drinking. After disappointing my family and friends many times, I found my way into Alcoholics Anonymous. It took several attempts, with many relapses, but today I am a sober man. My life has changed dramatically for the good of all around me. My point in disclosing this to you is that along the way, Gary saw me decline both physically and mentally. He offered his support every step of the way. Even though I had disappeared for awhile due to my drinking, Gary always checked in on me. When my dad passed away in early 2008, Gary showed up at the wake. He was in the midst of complete turmoil in his own life and yet he took to time out to show his respects to me and my family.

Metropolitan Life Insurance Company (MLIC), New York, NY 10166
Securities and investment advisory services offered by MetLife Securities, Inc (MSI) (FINRA/SIPC), a registered investment adviser. MLIC and MSI are affiliates

**An Office of MetLife**
2929 Expressway Drive North, Suite 100, Hauppauge, NY 11749
Tel (631) 851-5798 • Fax (631) 851-5823 • Main (631) 851-5700
jsieburglee@metlife.com

**Jack S. Lee**
Financial Services Representative
CA Insurance Lic # 0896151
Registered Representative
Investment Adviser
Representative

# North Shore
# Financial Group

 

In October of 2009, I stopped in to see Gary at the dealership. He immediately noticed a change in me. He wanted to know all about the past year and what I had done to sound and look so good. I had lost forty pounds and had a smile on my face. I told him I had quit drinking. He went on to ask me many questions about my sobriety and how I obtained it. He then disclosed to me all of the turmoil surrounding him. He was under tremendous stress and was barely holding on to his business. I cannot imagine how hard this was on Gary. Second only to his family, Champion Motors was his life. No one has worked as hard or been more devoted to something as Gary was to his business. Making his clients happy was his primary concern. Champion was everything to Gary. The thought of losing must have been disabling to him. I know that in the very near future, Gary Brustein will be back to the person he was meant to be. Never have I met anyone so loved by so many people. He has hundreds of people standing by his side supporting him. Gary has been voluntarily joining me at my AA meetings. He is distraught over the hurt and humiliation he has caused to his family. He has accepted responsibility for the pain he has caused and is actively taking steps to repair the wreckage. I look forward to being by his side along the way.

Yours truly,

Jack S. Lee

Metropolitan Life Insurance Company (MLIC), New York, NY 10166.
Securities and investment advisory services offered by MetLife Securities, Inc. (MSI) (FINRA/SIPC), a registered investment adviser. MLIC and MSI are affiliates.

April 25, 2010

To: The United States Attorney's Office,

   I have known Gary Brustein for more than a dozen years. As the partner of my best friend's husband, I have spent a great amount of time with Gary over the years, both socially and professionally. In the past 8 years, I have coordinated the Bentley Golf Classic for Gary, in which a truly deserving Long Island charity is the recipient of close to $100,000 in donations.

   Gary has always been the kind of person who truly cares about the people in his life. On every occasion we have worked together, which in the months preceding the golf outings are several days per week, Gary always inquires about my family and business. He has personally and professionally supported my charitable endeavors, and has often called in the midst of a busy day just to check in and express his gratitude towards me. Gary is the kind of guy who makes those around him feel worthy and important; each person he calls friend truly feels special.

   Each Bentley Golf Classic chooses local charities that might not have great support and financial backing. Gary puts his heart and soul into each event, so that by the time the event is over, each charity has name recognition and greater hope. Organizations such as Tuesday's Children (the children orphaned by the World Trade Center tragedy), FACES (Finding a Cure for Epilepsy and Seizures), Mental Health Association of Nassau County, Pediatric Nephrotic Syndrome, and Ascent (local school for Autism) have been the very grateful beneficiaries of the golf outings. Gary could not be prouder!

   It has been my honor to call Gary Brustein my friend, one I know will always have my best interests at heart. Gary cares about his community and giving back in charitable ways. In a world with so much selfishness and horror, Gary truly stands above.

Sincerely,
Debra Daniels

# Bellstar Media, LLC

d/b/a Verizon Wireless

408 Jericho Turnpike

Syosset, NY  11791

(516) 364-3900

May 5, 2010

United States Attorney's Office
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

**Re:   Gary Brustein**

Dear Sir or Madam,

I would like to confirm that I have known Gary Brustein for approximately 20 years. I originally met him as a business customer of Champion Motors but quickly became a personal friend.

I can attest to his character by my experiences with him both personally and professionally.

As a specific example -  Gary saw that I was struggling during a very rough time in my life. I was going through a divorce and trying to open a new business. Gary reached out and gave me space in his building for no charge. He more importantly spent countless hours giving me personal support. Because of his compassion and sound moral guidance I was able to get back on my feet. I have heard many similar stories about Gary and believe this is his typical nature.

I am aware of the charges against Gary and adamantly state that they are out of his character.

Gary is a cherished friend and I would be happy to provide further information if required.

Very truly yours,

Richard Alino
President

*Page 1 of 2*



DISTINCTIVE CATERING
*12 Willowdale Avenue, Port Washington New York, 11050*
*(516) 767-3663  (516) 767-3664 (fax)*

*May 5, 2010*

*U.S. Attorney's Office*

*To Whom It May Concern,*

*To say that I am totally shocked, blown away and in disbelief by what has happened to my friend Gary Brustein, is at the very least, a gross understatement ! I have had the absolute incredible pleasure of working with Gary and being a friend of Gary's, for many years. Oddly enough, my favorite way to describe Gary is with my most favorite word in the English language " PASSION " ! By far Gary has to be one of the most sincere and PASSIONATE people you will ever have the rewarding opportunity to meet. Total strangers are enamored within the first ten minutes of meeting him. His smile and his heart could melt an iceberg !*

*Not on one occasion, but on many occasions I have seen Gary, in a very unceremonious way, come to the aid of many different people who needed help on a personal level and on a professional level. Gary was always there with an outstretched hand and his trademarked smile that always made you feel like everything will be ok ! I'll never forget the time I brought my 10 year old godson into Gary's car dealership- my godson loves cars and wanted to meet Gary. I had to explain that Gary was with a customer and did not have the time to talk about the cars. Just for the heck of it I went over to Gary and whispered in his ear, the predicament I was in with my godson and with that, a great big smile came across Gary's face and he got one of his sales people to cover this customer. He came over to my godson, put a firm hand on his shoulder, shook his hand and told him that he could have his undivided attention. Gary did not rush him and at the end of 45 minutes he made my godson feel like the president of the United States in a way that only Gary could. My godson still brags about his special experience with all of his friends.*

*Page 2 of 2*

*Gary is as much of a family man as he is a philanthropic contributor to his surrounding communities. When it comes to doing another good deed for someone, Gary just wants to know where and when!  Gary's wife and children mean more to him than the air he breathes. You can never run into Gary without hearing another family story, either how beautiful and precious his wife is or another individual success story from his son or daughter.*

*In closing I would like to share with a heavy heart, that I am totally aware of the charges being brought against Gary. All I can say is that this is most definitely NOT the philanthropic, hard working, family man that I have known for so many years ! I still whole heartedly believe in Gary and support Gary in his quest to clear his good name and once again be given the opportunity to do what Gary does best- making the whole world smile.*

*I wish my friend Gary only the best, now and always !*

*Sincerely,*

*Mark Spiegel*

# EMPORIO
## MOTOR GROUP

WHOLESALE
RETAIL
EXPORT

**909-911 Montgomery St**
**Jersey City , NJ 07306**

**WWW.EMPORIOMOTORGROUP.COM**
**201-855-1006**

April 27,2010
Attn:
United States Attorney's Office

Letter in support of Gary Brustein

To whom this may concern,

Gary Brustein has been a business associate and a close and personal friend of mine for the last four years. I met Gary when I sold him a Bentley GT that I had taken in on trade at my dealership, I guess he liked me so he invited me to come out to his dealership so we could meet face to face and from that day in February of 2006 a close and personal friendship was formed. Gary has always treated me like a younger brother and I've had the great joy of getting to know his wonderful wife Lisa and their two kids Lindsey and Jordan both amazing children. I conduct business with other highline automobile dealers across the United States, but I say with all my heart that I've never met a man like Gary Brustein. Gary is the type of man that would give the shirt off his back to a complete stranger , I've been fortunate enough to witness how amazingly generous this man is with people. A few years back I encountered some rough times and I was at the verge of losing everything I had worked hard for my reputation, business etc. I'll remember this day well it was April, 20th 2007 and I was in my car when Gary Called me and asked me to be his buyer for his dealership, He wanted me to travel across the country and buy vehicles for him to resale at his showroom. I gladly accepted his generous offer and that year alone he purchased over $15 million worth of vehicles. He was the man that gave me his hand to help me onto my feet again and I will always be indebted to him for being there for me at a time no one else would be. Besides what Gary has done for me he has done for countless others his whole life, Gary Brustein is a great man and one of my greatest friends he is like family to me and I will stand besides him though everything in his life because that's exactly what he would do for me. I understand the charges brought against Gary Brustein and no matter what they are my opinion and support will never change for him. I can only wish that you have the opportunity to get to know Gary on a personal level and I will guarantee that you will greatly appreciate having a human being as kind as generous as Gary in your life.

Sincerely,

A.A. Bobby Khan

May 2, 2010

To:  United States Attorneys Office

My name is Matthew Semon and I am a 36 year old resident of Melville, New York.  For as long as I can remember I have had a passion for all sorts of European cars.  When I was 16 years old Gary Brustein gave me a summer job working at his exotic car dealership.  It was then that my obsession for cars turned into my desire to be in the car business.

I am not a lawyer, a judge or a jury and I can't begin to understand the charges that Gary has to defend or the mountain he has to climb to prove his innocence.  I can, however, talk about how Gary has bettered not only my life, but the lives of my wife and two young daughters as well.

In 1995 I was set to graduate from college and I was at a crossroads like so many young adults who are about to begin the next chapter of life.  It was Gary who sat me down during my winter break and spent countless hours talking with me about all of the great opportunities (as well as the potential pitfalls) related to going into the car business.  That summer (May 1995) I went to work for Gary at Champion Motor Group.  I can honestly say that during the 3 years working for Gary at Champion I worked harder and learned more about my business than I ever could have imagined.  Gary made sure that I sat right next to him and learned not only how to buy and sell but how to deal with the many needs of the customers as well.

When I decided to take the leap and open up a dealership of my own it was Gary who supported my decision more than anyone else.  Not only did he give me his blessing and words of encouragement, but he allowed me to make money by steering cars and customers my way right from the beginning.  It was this selfless act that allowed me to create a business that still thrives today.  To be perfectly honest, over the years I have had many employees come and go and I have never reached out to help one of them with the same vigor and patience that Gary showed when he reached out to me.

Gary has also been a very important and constant presence in my life away from the car business.  He has always been there to give me advice, lend an ear, laugh with me when things are good and cry with me when things haven't been so great.  I may not see or speak with Gary every day but I know that he would be the first call that I would make if I was ever in need.

I have been sitting here in front of my computer for nearly 2 hours thinking about what to write and how to express my feelings for Gary when the realization that I can only do this one small act on his behalf became so apparent.  All I can do is write a letter for Gary when he has done so much more than that for me!  He taught me a certain skill set which I still utilize today and everyday.  It's these skills that allow me to provide a beautiful home and life for my family.  More importantly, he showed me how to be a better and more compassionate person.

I am smart enough know that there is no magic wand that will make Gary's current troubles go away.  I also know that he is a kind, supportive and fun loving person who makes our society a much better place with him in it rather than if he were to be removed from it.  Thank you in advance for taking the time to learn about who Gary Brustein is and what he means to my family.

With Regards,

Matthew Semon

# *Meryl Cohen*

May 11th 2010

To Whom It May Concern,

I have known Gary Brustein for over 25 years. I met him when we were in our twenties, at a time when women weren't welcome in the car business. Gary had been working at the multi-car leasing company I joined, and his colleagues were very vocal about their opinions against women in the industry. My coworkers fed me any false information they could to set me up to fail. Many times I approached clients with incorrect facts and was turned down because I didn't appear to be knowledgeable: these men would have done anything to drive me to quit. Gary emerged as the one true friend I could count on during my time there. He made me feel at ease and taught me the business, taking his time to make sure I would be successful on my own. It didn't matter that I was competing with him for clients; Gary genuinely wanted to see me do well. He helped me through the difficult time during the first months of my job and made a less than ideal situation at first bearable, and then enjoyable. I stayed at that job because Gary convinced me I was not only good enough to be there, but that I deserved to be there. While others discriminated against me, Gary was unconditionally supportive, and I am so grateful I found a friend like him.

When my ex-husband tried to create problems for me at work, I often wondered whether I should just abandon my senior role and escape to a safer world. He, unhappy that I was succeeding on my own, put me in an uncomfortable situation that made me question whether my job was worth the risk of him harming me. Gary immediately took the initiative to mediate the situation and made sure I wasn't in jeopardy. Nothing was ever asked of him, and yet Gary showed up to defend me. That is the thing with Gary. He will always show up, because he cares more than most people I've met in my life.

Gary and I met our spouses (my current husband) at the same time and there was instantly a connection among the four of us. We became closer than just friends, we became extensions of our own large families. Even with Gary's four siblings and my four siblings scattered across the country, he always made time for my husband and I. Gary has always known what's important in life. For him, it was always about his family. His priorities have been centered on his family even before he welcomed his two wonderful children. My husband and I had our first two children the same years as Gary and Lisa had theirs. We have always been on the same track in life, raising families together and treating each other's children like they are our own.

It's easy to know people and enjoy their company when times are good and things are going well. But when my husband and I were faced with some very overwhelming and difficult times, Gary was right there to help pick us up. When my twin sister was sick in the hospital, he went above and beyond his call of duty as our friend when times were tough to help us in any way possible. Could he take the kids out for dinner with his family? Did we need him to drop off dinner? Was it possible to take a short break and meet him and Lisa to decompress and escape from our trying reality for an hour? When my father passed away last year, Gary was there consoling my brothers and sisters, making sure he could contribute to our healing.

Gary is the kind of person who puts his family's needs before his own. He genuinely cares about his friends and knows who the important people in his life are. He always is there, he always shows up.

Sincerely,

Meryl Cohen

520 8th Avenue, 9th Floor • New York, NY 10018 • (212) 792.8100

April 23, 2010

To:     United States Attorneys Office
From:   Michele Kahme
        20244 Ocean Key Drive
        Boca Raton, FL  33498

Re:     Gary Brustein

Gary Brustein has been married to my first cousin, Lisa, for 25 years.  I have known Gary since I am twenty-one years old.  Lisa and Gary were one of the first cousins to get married.  Gary is an incredibly warm, engaging person.  His energy is infectious.  He makes you believe anything is possible.

One particular experience that I had with Gary stands out among the rest.  I was attending Gary's 40th birthday party.  It was a big party with lots of friends and family together celebrating.  My personal life at the time was in a very tumultuous place, which made being at this celebration very difficult.  I was trying to be happy for Gary, but could not get past my own misfortune.  I kept these feelings to myself.  However Gary, in his typical Gary way, (which means, having a keen sense of other peoples feelings) came to my side to talk.  In this discussion, he listened with warmth and tenderness and then offered guidance and support.  Not only was it special that he was able to provide words of comfort to me, but that he noticed my mood during his own party.

Gary could be perceived as a typical sales guy to someone that has never met him.  But once you have the opportunity to talk directly with Gary for five minutes, you can tell he is genuine.  He gives of himself often and easily.  Over the last several years, Gary has developed a special relationship with my son, Harrison.  Harrison is an inquisitive, curious, intelligent eleven year old boy.  His mature mind can try your patience with "why" and "how" questions about adult business transactions (i.e. stock market; how it works, etc.).  Gary somehow manages to enjoy the exchange and provide enough insight and data for Harrison that he eventually stops asking questions (for the moment).

I am aware of the charges against Gary Brustein at this time.  These charges in no way change my opinion of Gary's character.

I am available for further discussion, should that be required or helpful.

Regards,

Michele Kahme

Michele Kahme

4/28/10

To the United States Attorney's Office,

Gary Brustein has been a friend of mine for over 30 years.   Gary is a wonderful man and has always been a leader in his community.  I have never known him to irresponsible.  I have always known him to be a hard worker and great family man.  Gary is "genuine". WHAT YOU SEE IS WHAT HE IS.

I suffered a heart attack 12 years ago and Gary was one of the first people to call my wife Laurie.  Gary actually tracked me down in the hospital to cheer me up.  I had no idea how he even heard about it within 24 hours (I live in Jersey).  **I have never known Gary to lie or lack integrity.**  He sold me a car that I was nervous about the cost. He assured me that any time I wanted to sell the car he would get me out for at least for what I paid. That day came (due to illness) and Gary had the car shipped to his lot and 24 hours later I received a check for what I had paid for the car.

I have always known Gary to participate with charities that needed his support. Gary never makes you ask twice. He has raised thousands of dollars for charity that would never have happened without his participation.  Gary and Lisa have raised two wonderful successful children that love and respect him.  I have never written a letter like this for anyone so please excuse my rambling.  In my opinion Gary is and will continue to be a valuable member of his community.  I understand the situation that Gary is currently dealing with and I wish to make it clear that this has not changed my opinion of him.  He is a loyal friend that his actions speak far louder than words for over 30 years.

Sincerely,

Mark Goldfarb